UNITED STATES DISTRICT COURT
District of Maine

Daniel R. Goldenson, et al. )
)
) Case No. 10-CV-440 JAW
Plaintiff(s), )
)
vs. )
Spring Mountain Capital GP, LLC, )
et al. )
Defendant(s). )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I swear under penalty of perjury that the answers to the following questions are complete, true and correct:

1. Full name: Max Nicholas

2. State bar membership number(s): 4692463 (New York)

3. Business address, telephone and fax numbers:
Spears & Imes LLP, 51 Madison Ave, 20th Floor, New York, NY 10010
Tel. (212) 897-4480  Fax (212) 213-0849

4. List all state and federal courts or bar associations in which you are a member in good standing to practice law:
New York, Southern District of New York, Northern District of Florida

5. Name, address and telephone number of associated local counsel:
James T. Kilbreth
Drummond Woodsum & MacMahon, 84 Marginal Way, Portland, ME 04101 (207) 772-1941

6. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ✓ No

7. Have any proceedings, which could lead to any such disciplinary actions as described in question 5, been instituted against you in any such bodies?  ☐ Yes  ✓ No
(You must attach a separate sheet with detailed explanations of Yes answers to Questions 6 or 7.)

8. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?  ✓ Yes  ☐ No

Dated: 04/05/2012

_____
Signature of Local Counsel

Dated: 04/05/2012

_____
Signature of Applicant