Exhibit A

**Alfred Frawley**

---

| | |
|---|---|
| From: | Kreissman, James G [jkreissman@stblaw.com] |
| Sent: | Thursday, March 15, 2012 7:14 PM |
| To: | Alfred Frawley; Strauss, Simona G |
| Cc: | Thimi R. Mina; Jay P. McCloskey; 'Michelle Skinner'; David Spears |
| Subject: | RE: Goldenson et al v. Merkin et al. |

Al:

Our position is that we have correctly asserted the attorney client privilege and that the status of your clients as limited partners in the QP1 Fund does not entitle them to the privileged documents. Absent any offer of compromise on your part, we will brief our position and permit the court to decide this matter.

Jim

---

**From:** Alfred Frawley [mailto:AFrawley@lawmmc.com]
**Sent:** Thursday, March 15, 2012 4:03 PM
**To:** Strauss, Simona G; Kreissman, James G
**Cc:** Thimi R. Mina; Jay P. McCloskey
**Subject:** Goldenson et al v. Merkin et al.

Jim:

Based on your representations today, we understand that Simpson Thacher has never represented any investor or limited partner of any Spring Mountain fund, including the QP 1 Fund, and that it has only represented Spring Mountain and its managers. However, to the extent that your firm represented entities with fiduciary duties to our clients, your client-entities would be prevented from asserting the attorney client privilege as a bar to the production of the documents that we are seeking from you. *See Garner v. Wolfinbarger*, 430 F.2d 1093 (5th Cir. 1970) and *Lugosch v. Congel*, 219 F.R.D. 220 (N.D.N.Y. 2003). Is it your position that notwithstanding Spring Mountain's fiduciary duties to our clients, you still have a right to assert the attorney-client privilege? If so, then I think we need to bring this issue before the Court.

Al

Alfred C. Frawley IV
McCloskey, Mina & Cunniff, LLC
12 City Center
Portland, Maine 04101

www.lawmmc.com

Voice: (207) 772-6805
Fax: (207) 879-9374

CONFIDENTIALITY NOTICE: This e-mail message and any attachment is intended solely for the addressee. The message and/or attachment may contain confidential and privileged information. If you are not the intended recipient of this message, you must not read, use, retain or disseminate the information. Instead, please notify the sender and delete the message and

any attachment from your system. The sender does not waive confidentiality or privilege by mistransmission. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with the United States Treasury Department's regulations, unless otherwise indicated in writing, any recipient of the above communication is on notice that any United States Federal tax advice contained herein (including any attachments) is not intended or written to be used, and cannot be used, to: (1) avoid penalties under the Internal Revenue Code or applicable state and local provisions or (2) promote, market or recommend to another party any tax-related matters addressed herein.