# Exhibit C

**Alfred Frawley**

| | |
|---|---|
| **From:** | Kilbreth, James [jkilbreth@verrilldana.com] |
| **Sent:** | Wednesday, March 28, 2012 9:54 AM |
| **To:** | Alfred Frawley; 'David Spears'; 'Michelle Skinner' |
| **Cc:** | Thimi R. Mina; Jay P. McCloskey |
| **Subject:** | RE: Second Document Request [IWOV-DOCS.FID155136] |
| **Attachments:** | Letter to A Frawley-03282012092453.pdf |

Al,

Thanks for your suggested narrowing of the requests. We hope to have the hard copy documents responsive to the first request to you by the end of today or tomorrow and look forward to further discussion once you've had a chance to review them. We are concerned about the scope and cost of the ESI requests still and would ask that you think hard about what you really need in this area if we're going to be able to meet Judge Rich's order that production be possible by the end of the month.

I've also attached our response to your letter on the requests for admissions.

Finally, just to give you a heads up, I will be joining Drummond Woodsum next week. My contact information will be:

jkilbreth@dwmlaw.com

207.253.0555

Jamie

James T. Kilbreth
Verrill Dana LLP
One Portland Square
Portland, ME 04102
207/253-4600

**From:** Alfred Frawley [mailto:AFrawley@lawmmc.com]
**Sent:** Tuesday, March 27, 2012 6:23 PM
**To:** Kilbreth, James; David Spears; Michelle Skinner
**Cc:** Thimi R. Mina; Jay P. McCloskey
**Subject:** RE: Second Document Request

Jaime:

As promised, here are the Plaintiffs' proposals for narrowing the scope of their Second Document Request:

    **RFP Nos. 1 and 2**: "Preliminary Performance Estimates," Estimated Partnership Valuation/Returns," "flash" reports and "AUM" reports        should be produced in accordance with the Court's Order last week. Therefore, we are tentatively willing to narrow this request down to        independent auditors' reports for Ascot, Gabriel and Spring Mountain as defined in the Second Document Request.

**RFP No. 3:** We feel this is not a large number of documents and should be readily accessible without a burdensome search, so we do not intend    to narrow the scope of this request.

**RFP Nos. 4 and 5:** We propose to narrow the scope of this request to the last quarter of 2008 —September 1st through December 31st.

**RFP No. 6:** Without waiving our rights in the future, we propose to put this request on hold as RFP No. 10 should be sufficient as long as the        parties cooperate with the use of custodians and search terms.

**RFP No. 7:** We propose to limit this request to the time period between 12-01-08 through 12-31-09.

**RFP No. 8:** We propose to narrow the time frame covered by this request to the years 2007 and 2008

**RFP No. 9:** As this is relevant to punitive damages, we are not willing to narrow the scope of this request.

**RFP No. 10:** We are willing to work with you on this request regarding search terms and custodians, but given that we have offered to forego request Nos. 6 and 11, we are unable to further narrow the scope of this request.

**RFP No. 11:** For the time being, are willing to forego this request.

**RFP No. 12:** This request is a narrow as we can make it.

**RFP NO. 13:** We expect this request to be resolved in the Southern District of New York next week.

Finally and as I told you, we may supplement this list next week based on what still remains to produced pursuant to the Court's Order.

This is a significant reduction from what we initially sought in our second request.  Moreover, because we issued it on February 9, 2012, you have already had over a month and a half to begin searching for these documents and should be well underway.

I look forward to speaking with you about this on April 5th or sooner if you have any questions.

Al

Alfred C. Frawley IV
McCloskey, Mina & Cunniff, LLC
12 City Center
Portland, Maine 04101

www.lawmmc.com

Voice: (207) 772-6805
Fax: (207) 879-9374

CONFIDENTIALITY NOTICE: This e-mail message and any attachment is intended solely for the addressee. The message and/or attachment may contain confidential and privileged information. If you are not the intended recipient of this message, you must not read, use, retain or disseminate the information. Instead, please notify the sender and delete the message and any attachment from your system. The sender does not waive confidentiality or privilege by mistransmission. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with the United States Treasury Department's regulations, unless otherwise indicated in writing, any recipient of the above communication is on notice that any United States Federal tax advice contained herein (including any attachments) is not intended or written to be used, and cannot be used, to: (1) avoid penalties under the Internal Revenue Code or applicable state and local provisions or (2) promote, market or recommend to another party any tax-related matters addressed herein.

**From:** Kilbreth, James [mailto:jkilbreth@verrilldana.com]
**Sent:** Friday, March 23, 2012 3:51 PM
**To:** Alfred Frawley; Jay P. McCloskey; Thimi R. Mina
**Cc:** 'David Spears'; 'Michelle Skinner'
**Subject:** RE: Second request [IWOV-DOCS.FID155136]

Al,

That sounds fair. If you could let us know Tuesday which categories in the second request you think may potentially be affected by the production we'll be making next week, that would also help focus things.

Thanks,

Jamie


James T. Kilbreth
Verrill Dana LLP
One Portland Square
Portland, ME 04102
207/253-4600

**From:** Alfred Frawley [mailto:AFrawley@lawmmc.com]
**Sent:** Friday, March 23, 2012 2:40 PM
**To:** Kilbreth, James; Jay P. McCloskey; Thimi R. Mina
**Cc:** David Spears; Michelle Skinner
**Subject:** RE: Second request [IWOV-DOCS.FID155136]

Jaime,

I wholeheartedly agree with your suggestion to get the ball rolling as soon as possible, and we can surely get you a partial list by the end of business Tuesday. However, as our second request depends to some extent on what the Defendants produce in the next week in accordance with Judge Rich's orders pursuant to our first request, we will not be able to provide you with a complete list of what we "really need" until

we review the ordered production under our first request. I propose to give you a list by the close of business on Tuesday and then to supplement this list no later than the close of business on Monday, April 2 (assuming you produce documents by Friday, March 30th) with what, if any, additional documents the Plaintiffs will need. This way, we can be as specific and narrow as possible, and you will have enough time to analyze our request in advance of our conference on April 5th.

Sound fair?

Al


Alfred C. Frawley IV
McCloskey, Mina & Cunniff, LLC
12 City Center
Portland, Maine 04101

www.lawmmc.com

Voice: (207) 772-6805
Fax: (207) 879-9374

CONFIDENTIALITY NOTICE: This e-mail message and any attachment is intended solely for the addressee. The message and/or attachment may contain confidential and privileged information. If you are not the intended recipient of this message, you must not read, use, retain or disseminate the information. Instead, please notify the sender and delete the message and any attachment from your system. The sender does not waive confidentiality or privilege by mistransmission. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with the United States Treasury Department's regulations, unless otherwise indicated in writing, any recipient of the above communication is on notice that any United States Federal tax advice contained herein (including any attachments) is not intended or written to be used, and cannot be used, to: (1) avoid penalties under the Internal Revenue Code or applicable state and local provisions or (2) promote, market or recommend to another party any tax-related matters addressed herein.

---

**From:** Kilbreth, James [mailto:jkilbreth@verrilldana.com]
**Sent:** Friday, March 23, 2012 2:05 PM
**To:** Jay P. McCloskey; Thimi R. Mina; Alfred Frawley
**Cc:** 'David Spears'; 'Michelle Skinner'
**Subject:** Second request [IWOV-DOCS.FID155136]

Gents,

In an effort to comply with Judge Rich's order, we'd like to get started on resolving the second request issues. Please let us know by close of business next Tuesday what you have in mind in terms of the Judge's directive to limit your request to "what you really want" so that we can figure out what we can actually produce and in what time frame. We'd then be in a position to have a meaningful discussion with you about how to resolve this before the April 5 deadline for the meet and confer.

Thanks,

Jamie

James T. Kilbreth
Verrill Dana LLP
One Portland Square
Portland, ME 04102
207/253-4600

Treasury Regulations require us to notify you that any tax advice in this communication (including any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties, and may not be referred to in any marketing or promotional materials.

This email and any attachment was sent from the law firm Verrill Dana, LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.