Exhibit D

```
                                                                    1
     C431gola


1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
     DANIEL R. GOLDENSON, et al.,
3
                 Movant,
4
              v.                              12-mc-68 Part 1
5
     J. EZRA MERKIN, et al.,
6
                 Respondents.                 Oral Argument
7
     ------------------------------x
8                                             New York, N.Y.
                                              April 3, 2012
9                                             3:10 p.m.

10   Before:

11                     HON. BARBARA S. JONES,

12                                            District Judge

13                         APPEARANCES

14   McCLOSKEY, MINA AND CUNNIFF, LLC
          Attorneys for Movants
15   BY:  JAY P. McCLOSKEY, ESQ.
          ALFRED C. FRAWLEY IV, ESQ.
16
     DECHERT, LLP
17        Attorneys for Respondent Merkin
     BY:  NEIL A. STEINER, ESQ.
18
     REED SMITH
19        Attorneys for Respondent Schwartz
     BY:  CASEY D. LAFFEY, ESQ.
20
     GOODWIN PROCTER, LLP
21        Attorneys for Respondent Pitofsky
     BY:  JOSEPH A. SCHWARTZ, ESQ.
22
     SIMPSON THACHER & BARTLETT LLP
23        Attorneys for Respondent Simpson Thacher
     BY:  JAMES G. KREISSMAN, ESQ.
24

25


                     SOUTHERN DISTRICT REPORTERS, P.C.
```

```
                                                                  2
     C431gola


1                             APPEARANCES
                              (Continued)
2
     SPEARS & IMES, LLP
3         Attorneys for Intervenor Defendants
     BY:  DAVID SPEARS, ESQ.
4    OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK
          For Non-Party State of New York
5    BY:  DANIEL SANGEAP, ESQ., AAG

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         SOUTHERN DISTRICT REPORTERS, P.C.
```

```
                                                                        3
       C431gola

 1             (In open court)
 2             (Case called)
 3             THE CLERK:  Please state your name for the record,
 4     counsel.
 5             MR. McCLOSKEY:  Jay McCloskey for the movants.
 6             MR. FRAWLEY:  Alfred C. Frawley IV for the movants.
 7             THE COURT:  Good afternoon.
 8             MR. STEINER:  Neil Steiner from Dechert for Ezra
 9     Merkin.
10             MR. SANGEAP:  Daniel Sangeap for the New York Attorney
11     General's Office.
12             THE COURT:  I'm sorry.  I didn't hear you.
13             MR. SANGEAP:  Daniel Sangeap for the New York attorney
14     General's Office.
15             MR. LAFFEY:  Casey Laffey from Reed Smith, for Bart
16     Schwartz, the court-appointed receiver for the Ariel and
17     Gabriel funds.  Good afternoon.
18             THE COURT:  Okay.  Yes.
19             MR. SCHWARTZ:  Joe Schwartz, Goodwin Procter, for
20     David Pitofsky, receiver for Ascot Partners.
21             MR. SPEARS:  David Spears, Spears & Imes of New York,
22     for intervenors.
23             THE COURT:  I'm sorry.  For the intervenors?
24             MR. SPEARS:  Yes.
25             THE COURT:  Okay.

                       SOUTHERN DISTRICT REPORTERS, P.C.
```

                                                                    4
     C431gola

1               MR. KREISSMAN:  James Kreissman, Simpson Thacher &
2    Bartlett, LLP, for respondent Simpson Thacher & Bartlett, LLP.
3               THE COURT:  Okay.  Thank you.
4               Before we get into any argument here with respect to
5    the motion, I've had a conversation with Judge Rich in Maine,
6    and he and I are in agreement that the motion to compel
7    document production from Simpson Thacher is something that is
8    not an issue.  The attorney/client privilege issue is not one
9    that should be resolved in this court and it should be handled
10   in Maine when you next have your appearance there with respect
11   to your original request, or plaintiff's original request for
12   documents directly from the party whose privilege it is.  So
13   I'm dismissing that motion to compel.  If this issue is not
14   resolved and you feel that you're able to come back to this
15   court, you certainly can, but I'm dismissing the motion and it
16   will be taken care of in Maine.  All right?
17              MR. McCLOSKEY:  Your Honor, we understand the court's
18   order.  I just want to make sure the court understands that we
19   raised that issue at the last discovery conference and we told
20   him we were down here on that matter, and he didn't -- we
21   didn't argue that issue, but I just wanted you to know it did
22   come up while we were in Maine.
23              THE COURT:  I'm not imputing any bad faith to you --
24              MR. McCLOSKEY:  No, I understand.  I just want to you
25   know that.

                            SOUTHERN DISTRICT REPORTERS, P.C.

```
                                                                        5
     C431gola

1               THE COURT:  -- but I spoke to him about an hour and a
2    half ago.
3               MR. McCLOSKEY:  That's fine.
4               THE COURT:  Okay.  So the motion to compel with
5    respect to Simpson Thacher is dismissed.
6               Okay.  Let me hear what's going on with the subpoena
7    to Mr. Merkin.  I think that should be next on the agenda.
8               MR. McCLOSKEY:  Would you like me to address that,
9    Judge?
10              THE COURT:  Yes, I do.
11              MR. McCLOSKEY:  Can I address it from here or do you
12   want me to go to the podium?
13              THE COURT:  You can address it from there, as long as
14   I can hear you.
15              MR. McCLOSKEY:  Yes, I'll speak up.
16              As the court knows, we are seeking documents from
17   Mr. Merkin and the receivers because we believe that receivers
18   constructively have possession of those documents.  They're
19   testimonial documents and they're financial documents that we
20   seek.  I think the first one that I would address is the
21   testimonial documents.
22              THE COURT:  I wonder -- well, all right.  If you want
23   to, go ahead.
24              MR. McCLOSKEY:  We're obviously looking for deposition
25   testimony and other testimony of Mr. Merkin pursuant to the
```