**Alfred Frawley**

---

| | |
|---|---|
| From: | Alfred Frawley |
| Sent: | Wednesday, April 04, 2012 6:17 PM |
| To: | 'Michelle Skinner'; David Spears; Kilbreth, James |
| Cc: | Jay P. McCloskey; Thimi R. Mina |
| Subject: | Second Document Request |

Michelle,

Here are our proposals for further narrowing RFP Nos. 10 and 12 as per our conversation this afternoon. Regarding RFP No. 10, we propose December 31, 2009 as the cutoff date for your search. Let's discuss proposed custodians and search terms tomorrow. Regarding RFP No. 12, we have no problem with your suggestion to limit your search to communications, documents and ESI to before the date we filed our complaint. Regarding our other requests, except for Nos. 9 and 13, we agree to your proceeding in the manner you suggested without waiving our right to request a more thorough search if necessary. Before we speak tomorrow, would you mind putting this in writing just to make sure we are on the same page?

Does a time between 2 and 4 tomorrow work for your office? Assuming we can resolve our remaining differences on Nos. 10 and 12, my suggestion is that we then draft a joint letter to the Court explaining our substantial agreement but requesting leave, without argument, for the Plaintiffs to file a motion to compel production under RFP Nos. 9 and 13 because the parties believe there are discrete legal issues surrounding these specific requests.

Thanks,

Al

Alfred C. Frawley IV
McCloskey, Mina & Cunniff, LLC
12 City Center
Portland, Maine 04101

www.lawmmc.com

Voice: (207) 772-6805
Fax: (207) 879-9374

CONFIDENTIALITY NOTICE: This e-mail message and any attachment is intended solely for the addressee. The message and/or attachment may contain confidential and privileged information. If you are not the intended recipient of this message, you must not read, use, retain or disseminate the information. Instead, please notify the sender and delete the message and any attachment from your system. The sender does not waive confidentiality or privilege by mistransmission. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with the United States Treasury Department's regulations, unless otherwise indicated in writing, any recipient of the above

communication is on notice that any United States Federal tax advice contained herein (including any attachments) is not intended or written to be used, and cannot be used, to: (1) avoid penalties under the Internal Revenue Code or applicable state and local provisions or (2) promote, market or recommend to another party any tax-related matters addressed herein.