Exhibit G

**Alfred Frawley**

| | |
|---|---|
| **From:** | Michelle Skinner [mskinner@spearsimes.com] |
| **Sent:** | Thursday, April 05, 2012 6:49 PM |
| **To:** | Alfred Frawley; David Spears; jkilbreth@dwmlaw.com |
| **Cc:** | Jay P. McCloskey; Thimi R. Mina; Alison Ward; Max C. Nicholas |
| **Subject:** | RE: Second Document Request |

Al: per our telephone conversation, we are in agreement with the below except that custodian #12 will be Haim Mozes rather than Yoshio Ino. Also, it's our understanding that you do not intend to brief the substantive arguments as to requests 9 and 13 in Monday's letter to the court, but instead will highlight the areas where we have reached agreement, state that we are not in agreement with respect to 9 and 13, and request briefing on those. If so, we will plan to take the same approach.

Michelle Skinner
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Direct: (212) 897-4483
Fax:   (212) 213-0849
mskinner@spearsimes.com

**From:** Alfred Frawley [mailto:AFrawley@lawmmc.com]
**Sent:** Thursday, April 05, 2012 3:56 PM
**To:** Michelle Skinner; David Spears; jkilbreth@dwmlaw.com
**Cc:** Jay P. McCloskey; Thimi R. Mina; Alison Ward; Max C. Nicholas
**Subject:** RE: Second Document Request

The 2009 QP 1 auditors' report was issued on June 24, 20009. We've discussed the end date for request 10, and we can agree to a March 7, 2009 cap. We do not intend this cap to also apply to Request No. 13 if the Judge rules that the attorney-client privilege does not apply or that it can be pierced. For now, we propose that you stop your privilege log on December 10, 2008. If the Judge later rules that the attorney-client privilege does apply and it cannot be pierced in any fashion, we will not ask for a privilege log past the 10th. And of course, if the judge rules that the privilege does not apply at all or can be pierced entirely, the issue is moot. We will only seek a privilege log in the event that the Judge rules that certain communications are privilege while others are not. In that case, we will work with you to do everything we reasonably can to limit your burden of providing one.

So, for No. 10, I think we agreed to use the following search terms in the text and/or any attachment: "Madoff"; "BLMIS"; and "Bernie". We have limited the number of proposed custodians to the following 12 individuals:

1. John Steffens
2. Jane Griffin
3. Gregory Ho
4. Jason Orchard
5. Jason Tsou
6. Lucianne Painter
7. Marlaine Olinick

8.  Cheryl Gordon
9.  Robert Brous
10. Jeff Ho
11. Andrea Maurella
12. Yoshio Ino

If possible, could you guys call us back at 5 (or another time that works for you) to see if we can put this to bed today?

Alfred C. Frawley IV
McCloskey, Mina & Cunniff, LLC
12 City Center
Portland, Maine 04101

www.lawmmc.com

Voice: (207) 772-6805
Fax: (207) 879-9374

CONFIDENTIALITY NOTICE: This e-mail message and any attachment is intended solely for the addressee.  The message and/or attachment may contain confidential and privileged information.  If you are not the intended recipient of this message, you must not read, use, retain or disseminate the information.  Instead, please notify the sender and delete the message and any attachment from your system.  The sender does not waive confidentiality or privilege by mistransmission.   Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with the United States Treasury Department's regulations, unless otherwise indicated in writing, any recipient of the above communication is on notice that any United States Federal tax advice contained herein (including any attachments) is not intended or written to be used, and cannot be used, to: (1) avoid penalties under the Internal Revenue Code or applicable state and local provisions or (2) promote, market or recommend to another party any tax-related matters addressed herein.

**From:** Michelle Skinner [mailto:mskinner@spearsimes.com]
**Sent:** Thursday, April 05, 2012 12:59 PM
**To:** Alfred Frawley; David Spears; Kilbreth, James
**Cc:** Jay P. McCloskey; Thimi R. Mina; Alison Ward; Max C. Nicholas
**Subject:** RE: Second Document Request

In advance of our 2:30 call, below is a summary of where we are:

Requests #s 1 and 2 (flash reports, etc.):  Defendants will collect and produce responsive documents within their custody and control.

Request #3 (Ascot and Gabriel offering memoranda and subscription agreements):  Defendants will collect and produce responsive documents within their custody and control.

Requests #s 4 and 5 (communications concerning late 2008 transfers of investments):  Defendants will collect and produce responsive communications/emails/documents, mirroring the language in the document request.  Date range is limited to Sept. 1, 2008-Dec. 31, 2008.