UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DANIEL R. GOLDENSON, SUZANNE K. GOLDENSON, SKG PARTNERS, L.P., and SKG GENERAL CORP., Plaintiffs, v. JOHN L. STEFFENS, GREGORY P. HO, SPRING MOUNTAIN CAPITAL G.P., LLC, SPRING MOUNTAIN CAPITAL, LP, and SPRING MOUNTAIN CAPITAL, LLC, Defendants. | ) | Case No. 10-CV-440 (JAW) |

**DEFENDANTS' EXPERT WITNESS DESIGNATION**

Defendants John L. Steffens, Gregory P. Ho, Spring Mountain Capital, G.P., LLC, Spring Mountain Capital, LP, and Spring Mountain Capital, LLC ("Defendants"), hereby provide this designation of expert witness testimony pursuant to Federal Rule of Civil Procedure 26(a)(2).

1. **James Fanto**
   **Professor of Law**
   **Brooklyn Law School**
   **250 Joralemon Street**
   **Brooklyn, New York 11201**

Professor Fanto is a professor of law at Brooklyn Law School, where he is also a Co-Director of the Center for the Study of Business Law and Regulation. Before entering the legal academy, Professor Fanto practiced banking, corporate, and securities law with the firm Davis Polk & Wardwell in Washington, D.C., Paris, France and New York. Professor Fanto is an

authority on corporate and securities law, including the scope and nature of the fiduciary responsibilities of securities professionals under the federal securities laws.

In addition to his duties at Brooklyn Law School, Professor Fanto works as an independent consultant on corporate and securities law matters. He is co-editor-in-chief of an industry journal, *Practical Compliance & Risk Management for the Securities Industry,* a publication devoted to legal and compliance matters for broker-dealers and investment advisers. He is also a regular faculty member at the FINRA Institute at the Wharton School of the University of Pennsylvania in a program certifying compliance professionals in the securities industry. He has lectured nationally and abroad, and has written extensively, on banking, corporate, financial and securities law. He is a co-author of a treatise on broker-dealer regulation and has published numerous academic articles on corporate and securities law issues, as well as articles in the popular press on these subjects.

Professor Fanto received his B.A. from the University of Notre Dame, his J.D. from the University of Pennsylvania and a Ph.D from the University of Michigan. Following his graduation from law school, Professor Fanto was a law clerk first for Louis Pollak, District Judge for the Eastern District of Pennsylvania and then for Harry A. Blackmun, Associate Justice of the United States Supreme Court.

Professor Fanto is offered as an expert on the subject of the fiduciary responsibilities of securities professionals only under the federal securities laws, including in particular the Investment Advisers Act of 1940 (the "Act"). He will be compensated at the rate of $500 per hour. Professor Fanto is expected to offer his opinions that:

1. An individual or an entity can fall within the definition of an investment adviser (an "Investment Adviser") under the Act. Generally, if an Investment Adviser acts as an

adviser to an investment fund (a "Fund"), it owes fiduciary duties under the Act to the Fund, its client. In the absence of special circumstances, such Investment Adviser does not owe fiduciary duties to an individual investor (an "Investor") in the Fund.

2. Pursuant to the Act an Investment Adviser to a Fund owes it fiduciary duties of care and loyalty. In general, in fulfilling these duties the Investment Adviser must act as a reasonable investment professional and give the Fund, its client, its undivided loyalty. In particular, jurisprudence and pronouncements of the Securities and Exchange Commission and its staff explain that specific, at times technical, obligations arise from these duties, including, for example, the fair allocation of investment opportunities among the Fund and the Investment Adviser's other funds, and properly calculating the net asset value of the Fund and each Investor's interest in the Fund.

3. Under the Act the fiduciary duties of an Investment Adviser to the Fund, its client, do not include an unqualified duty to update Investors in the Fund about new information the Investment Adviser learns over time regarding investments of the Fund or about changes or developments in the Investment Adviser's thinking or analysis regarding those investments, although such Adviser has an obligation not to engage in any fraudulent, manipulative or deceptive practices or conduct with respect to such Investors..

4. In the absence of special circumstances, an Investment Adviser does not owe fiduciary duties under the Act to an individual or entity on the basis of a marketing meeting between the Investment Adviser and the individual or a representative of the entity that occurs before the individual or entity becomes an Investor in the Fund and that has as its purpose the provision to the individual or entity information about the Fund. If in such a pre-investment, marketing meeting the Investment Adviser discusses with the individual or representative the

possibility of investing in the Fund, and the individual or entity subsequently becomes an Investor in the Fund, any subsequent claim by the Investor that the Investment Adviser made material misstatements or omissions regarding the Fund in the pre-investment meeting and that the Investor relied upon such misstatements and omissions in investing in the Fund could be brought by the Investor under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), and Rule 10b-5 thereunder. Except in limited circumstances, there is no private right of action under the Act.

5. If an Investor first learns about a potential outside investment opportunity ("Outside Investment") from the Investment Adviser in such a pre-investment meeting, either because the Fund itself has invested in the Outside Investment or because the Investment Adviser makes statements about the Outside Investment, in the absence of special circumstances the Investment Adviser does not owe fiduciary duties under the Act to the Investor with respect to any investment that the Investor subsequently makes directly (i.e., not through the Fund) in the Outside Investment. In particular and in this context, the Investment Adviser owes no duties to the Investor under the Act to monitor on behalf of the Investor such Investor's separate investment in the Outside Investment. Any claim by the Investor that the Investment Adviser made material misstatements or omissions regarding the Outside Investment in the pre-investment meeting and that the Investor relied upon such misstatements or omissions in investing in the Outside Investment could be brought by the Investor under Section 10(b) of the Exchange Act and Rule 10b-5 thereunder.

6. Pursuant to its fiduciary duties under the Act, an Investment Adviser advises the Fund, its client, in accordance with the overall standards of due care and loyalty.

Under these standards, it has considerable discretion with respect to its management of Outside Investments, including those that turn out to cause a loss to the Fund.

Dated: April 17, 2012

By: [signature]
David Spears

Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Tel: (212) 213-6996
Fax: (212) 213-0849
dspears@spearsimes.com

Attorneys for Defendants

# JAMES A. FANTO

*Brooklyn Law School, 250 Joralemon St., Brooklyn, N.Y. 11201*
*Tel: (718) 780-7566 Email:james.fanto@brooklaw.edu*

*20 Helena Ave., Larchmont, N.Y. 10538*
*Tel: (914) 834-1045*

## LAW TEACHING AND OTHER LEGAL EXPERIENCE

BROOKLYN LAW SCHOOL
*Professor, December 1993 to Present (Tenure, 1999)*
Associate Director, Center for the Study of International Business Law
Courses: Agency & Partnerships, Banking, Broker-Dealers, Corporate Finance, Corporations, Int'l & Comp. Corporate Governance, Securities Regulation.
Committees: Appointments (Chair), Curriculum, Minority Affairs, Status

BROOKLYN LAW SCHOOL/LOYOLA (L.A.) LAW SCHOOL 2000 SUMMER PROGRAM
BOLOGNA, ITALY
*Professor*
Course: Int'l & Comparative Corporate & Securities Law

BROOKLYN LAW SCHOOL/LOYOLA (L.A.) LAW SCHOOL 1999 SUMMER PROGRAM
BEIJING, CHINA
*Professor & Co-Director*
Course: Int'l & Comparative Corporate & Securities Law

CORNELL LAW SCHOOL
*Visiting Associate Professor, Fall 1996*
Courses: Corporations, Int'l & Comp. Corporate Governance.

DAVIS POLK & WARDWELL
*Associate, Washington, D.C. office, 1988-90, Paris, France office, 1990-1993*
*Consultant, N.Y. Office, 1998-2003*

## EDUCATION

UNIVERSITY OF PENNSYLVANIA LAW SCHOOL
*J.D., summa cum laude, 1985*
Law Review, Articles Editor; McCall Prize for graduating first in class.

UNIVERSITY OF MICHIGAN
*M.A., Ph.D., Comparative Literature, 1975, 1988*
Horace Rackham Graduate Fellowship; French Gov't Scholarship.

UNIVERSITY OF NOTRE DAME
*B.A., English, with highest honors, 1973*

Phi Beta Kappa, Notre Dame Scholar.

## CLERKSHIPS

THE HONORABLE HARRY A. BLACKMUN, U.S. SUPREME COURT
*July 1986-July 1987.*

THE HONORABLE LOUIS H. POLLAK, U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*July 1985-June 1986.*

## LEGAL PUBLICATIONS

### BOOKS

BROKER-DEALER LAW AND REGULATION (with Norman S. Poser, 4th ed. 2007) (with annual supplements).

DIRECTORS' AND OFFICERS' LIABILITY (2nd ed. 2005) (with annual supplements).

CORPORATE GOVERNANCE IN AMERICAN AND FRENCH LAW (1997).

### ARTICLES

*Recognizing the "Bad Barrel" in Public Business Firms: Social and Organizational Factors in Misconduct by Senior Decision-Makers,* 57 BUFFALO L. REV. 1-82 (2009).

*The Role of Financial Regulation in Private Financial Firms: Risk Management and the Limitations of the Market Model,* BROOKLYN J. CORP., FIN. & COMM. L. 29-51 (2008).

*A Social Defense of Sarbanes-Oxley,* 52 N.Y.L. SCH. L. REV. 518-32 (2007/2008).

*The Continuing Need for Broker-Dealer Professionalism in IPOs,* 2 OHIO STATE ENTREPRENEURIAL BUS. L. J. 679-701 (2008).

*Paternalistic Regulation of Public Company Management: Lessons from Banking Regulation,* 58 FLORIDA L. REV. 1-62 (2006).

*Subtle Hazards Revisited: The Corruption of a Financial Holding Company by a Corporate Client's Inner Circle,* 70 BROOKLYN L. REV. 7-37 (2004).

*Whistleblowing and the Public Director: Countering Corporate Inner Circles,* 83 OREGON L. REV. 435-539 (2004).

*Persuasion and Resistance: The Use of Psychology by Anglo-American Corporate Governance Advocates in France,* 35 VANDERBILT J. TRANS. L. 1041-1103 (2002).

*Quasi-Rationality in Action: A Study of Psychological Factors in Merger Decision-Making*, 62 OHIO STATE L.J.1331-1407 (2001).

*Braking the Merger Momentum: Reforming Corporate Law Governing Mega-Mergers*, 49 BUFFALO L. REV. 249-358 (2001).

*The Contribution of the Fund Profile to Investor Education*, 1 VILLANOVA J. L. & INVEST. MGT. 59-86 (1999).

*Comparative Investor Education*, 64 BROOKLYN L. REV. 1083-1110 (1998).

*Investor Education, Securities Disclosure, and the Creation and Enforcement of Corporate Governance and Firm Norms*, 48 CATHOLIC UNIV. L. REV. 15-40 (1998).

*We're All Capitalists Now: The Importance, Nature, Provision and Regulation of Investor Education*, 49 CASE WESTERN L. REV. 105-80 (1998).

*The Role of Corporate Law in the Adaptation of French Enterprises*, 1998 COLUM. BUS. L. REV. 97-120 (Winter 1998).

*The Role of Corporate Law in French Corporate Governance, in* 31 CORN. INT'L. L.J. 31-91 (1998); reprinted in THE LEGAL BASIS OF CORPORATE GOVERNANCE IN PUBLICLY HELD CORPORATIONS 1-52 (Arthur R. Pinto & Gustavo Visentini eds., 1998).

*The Absence of Cross-Cultural Communication: SEC Mandatory Disclosure and Foreign Corporate Governance*, in special symposium issue on international securities regulation, 17 NW. J. INT'L L. & BUS. 119-206 (1996).

*The Transformation of French Corporate Governance and U.S. Institutional Investors*, 21 BROOK. J. INT'L L. 1-77 (1995).

*Justice Blackmun and Securities Arbitration:* McMahon *Revisited*, 71 N.D. L. REV. 145-72 (1995).

CO-AUTHORED ARTICLES

With Professor Roberta Karmel, *A Report on the Attitudes of Foreign Companies Regarding a U.S. Listing*, 3 STAN. J.L. BUS. & FIN. 51-83 (Summer 1997). Also appeared as NEW YORK STOCK EXCHANGE WORKING PAPER 97-01 (March 6, 1997).

SHORTER ARTICLES

*Lexis Expert Commentator on Corporate Law, Securities, Banking, and Finance* [2007 to the present; write regular columns for Lexis-Nexis on recent legal developments of interest]

*Introduction: Corporate Misbehavior by Elite Decision-Makers Symposium: Perspectives from Law and Social Psychology*, 70 BROOKLYN L. REV. 1165-76 (2005).

*U.S. Contributor to* INTERNATIONAL COMMERCIAL AND CORPORATE LAW REVIEW [2003-2006 contributed quarterly columns on U.S. corporate and securities law developments, and wrote regular book reviews].

*Commentary (in French) on the Morgan Stanley/LVMH case,* REVUE DE BANQUE ET DE BOURSE (2004).

*Book Review of* DOHA ABDELHAMID, INTERNATIONAL REGULATORY RIVALRY IN OPEN ECONOMIES: THE IMPACT OF DEREGULATION ON THE US AND UK FINANCIAL MARKETS (2003), WORLD COMPETITION (2004).

*The Recent Decision on The Hewlett-Packard/Compaq Mega-Merger: How The Court Ignored The Psychological Reality Of Over-Optimistic CEOs,* FINDLAW'S LEGAL COMMENTARY (findlaw.com, May 14, 2002).

*The Necessity of (and the Threat Posed by) Consumer Financial Education for the New Financial Conglomerates,* 2 J. INT'L. BANK. REG. 39-45 (2000).

*When Those Who Do Teach: The Consequences of Law Firm Education For Business Law Education,* 34 GEORGIA L. REV. 839-49 (2000).

*Mandatory Disclosure and Foreign Corporate Governance,* 12 ISSUE ALERT 3 (No. 5, May 1997) [article in publication of Institutional Shareholder Services, Inc.].

*Overview, in* IX BANKING LAW ANTHOLOGY xv-xviii (1996).

*L'avenir du gouvernement d'entreprise et les investisseurs institutionnels* [The future of corporate governance and institutional investors], *in* 1995 RAPPORT MORAL SUR L'ARGENT DANS LE MONDE [book on legal and financial issues] 263-67 (Hélène Ploix & Alice Pezard, eds. 1995).

*The Transformation of French Corporate Governance,* 10 ISSUE ALERT 9 (No. 4, Apr. 1995) [article in publication of Institutional Shareholder Services, Inc.].

*The Institutional Investors and the New Corporate Governance,* 3 ACADEMICS' FORUM NEWSLETTER [publication of the Int'l Bar Ass'n] 13-15 (No. 1, Summer 1995).

WORKS IN PROGRESS

"Anticipating the Unthinkable: Risk Management in Financial Institutions"

EDITOR

Co-editor with Professor Lawrence Mitchell, *Corporate and Financial Law: Interdisciplinary Approaches,* electronic journal within the Legal Research Network of the Social Science Research Network, funded by The Sloan Foundation.

Co-editor in chief, *Practical Compliance and Risk Management for the Securities Industry* (Wolters Kluwer)

## PRESENTATIONS

"Anticipating the Unthinkable: Risk Management in Financial Institutions," Apr. 30, 2009,

HARVARD LAW SCHOOL, PENSIONS AND CAPITAL STEWARDSHIP PROJECT, THE SEVENTH ANNUAL CAPITAL MATTERS: MANAGING LABOR'S CAPITAL CONFERENCE (also commenter on sessions on regulatory efforts to address financial meltdown and reasons for financial institution problems)

"Anticipating the Unthinkable: Risk Management in Financial Institutions," Apr. 15, 2009, BOSTON COLLEGE SCHOOL OF LAW

"Anticipating the Unthinkable: Risk Management in Financial Institutions," Apr. 3, 2009, GEORGE WASHINGTON SCHOOL OF LAW CONFERENCE, THE PANIC OF 2008

"Anticipating the Unthinkable: Risk Management in Financial Institutions and Environmental Studies," Mar. 20, 2009, WAKE FOREST UNIV. LAW SCHOOL SYMPOSIUM, CORPORATE GOVERNANCE AND CLIMATE CHANGE

"Risk Management in International Financial Regulation: A Contributing Factor, and a Solution, to the Financial Crisis," Mar. 6, 2009, NEW YORK INTERNATIONAL LAW REVIEW SYMPOSIUM, THE FALLOUT: A DISCUSSION OF RESPONSE, REGULATION AND RECOVERY FROM THE INTERNATIONAL CREDIT CRISIS, ST. JOHN'S UNIVERSITY LAW SCHOOL

Commenter on panel on "Liquidity, Transparency and Regulation," Feb. 27, 2009, BROOKLYN LAW SCHOOL'S SYMPOSIUM ON BANKRUPTCY CLAIMS TRADING AND SECURITIES REGULATION

"The Obama Administration and Financial Regulation," Feb. 26, 2007, BROOKLYN LAW SCHOOL TOWN HALL MEETING.

"What Lies Beyond Functional Regulation?," Jan. 28, 2009, NEW YORK STATE BAR ASS'N, BANKING LAW COMMITTEE

"A Social Defense of Sarbanes-Oxley," Apr. 13, 2007, NEW YORK LAW SCHOOL'S CONFERENCE ON CORPORATE GOVERNANCE FIVE YEARS AFTER SARBANES-OXLEY.

"The Power of Corporations," Mar. 3, 2007, WORKSHOP SPONSORED BY THE CENTER FOR PROGRESSIVE REFORM, HELD AT THE UNIVERSITY OF NORTH CAROLINA LAW SCHOOL.

"The Continuing Need for Broker-Dealer Professionalism in IPOs," Mar. 2, 2007, CONFERENCE ON IPOS AND THE INTERNET AGE AT OHIO STATE COLLEGE OF LAW.

"Workshop on the Business Firm as Social Entity," (program organizer) Feb. 3-4, 2006, SPONSORED BY BROOKLYN LAW SCHOOL CENTER FOR THE STUDY OF LAW, LANGUAGE AND COGNITION

Corporate Misbehavior by Elite Decision-Makers: Perspectives from Law and Social Psychology, (program organizer and moderator) Nov. 12-13, 2005, CO-SPONSORED BY BROOKLYN LAW SCHOOL CENTER FOR THE STUDY OF LAW, LANGUAGE AND COGNITION AND THE ALFRED P. SLOAN FOUNDATION

"Subtle Hazards Revisited," Feb. 6, 2004, POMERANTZ PROGRAM ON PROTECTING THE INVESTOR, BROOKLYN LAW SCHOOL (and roundtable participant).

Whistleblowing and the Monitoring Board: Countering Corporate Inner Circles, Oct. 27, 2003, FACULTY FORUM, PACE UNIVERSITY LAW SCHOOL; Oct. 23, 2003, FACULTY FORUM, BROOKLYN LAW SCHOOL; Jan. 5, 2004, ASSOCIATION OF AMERICAN LAW SCHOOLS 2004

ANNUAL MEETING, SECTION ON BUSINESS ASSOCIATIONS.

The Globalization of Stock Exchanges, (program organizer and moderator) May 8, 2002, INTERNATIONAL SECTION OF AMERICAN BAR ASS'N, NEW YORK STOCK EXCHANGE.

Persuasion and Resistance: The Use of Psychology by Anglo-American Corporate Governance Advocates in France, Feb. 28, 2002, FACULTY FORUM, UNIV. OF CONNECTICUT SCHOOL OF LAW.

Ethics for Banking Lawyers, Nov. 27, 2001, PRACTISING LAW INSTITUTE, NEW YORK.

Psychological Factors in French Corporate Governance, (and seminar participant) June 1-2, 2001, INTERNATIONAL INSTITUTE FOR CORPORATE GOVERNANCE AND ACCOUNTABILITY, GEORGE WASHINGTON UNIV. LAW SCHOOL.

Braking the Merger Momentum: Reforming Corporate Law Governing Mega-Mergers, Nov. 14, 2000, 2000-2001 BLUE SKY SERIES, COLUMBIA UNIVERSITY LAW SCHOOL.

When Those Who Do Teach: The Consequences of Law Firm Education For Business Law Education, Oct. 16, 1999, TEACHING CORPORATE LAW, UNIV. OF GEORGIA.

The Contribution of the Profile Prospectus to Investor Education, Oct. 8, 1998, CURRENT ISSUES IN SECURITIES REGULATION: THE BRAVE NEW WORLD OF MUTUAL FUND OFFERINGS, SUFFOLK UNIV. LAW SCHOOL.

Comparative Investor Education, and Conference Organizer, Sept. 17, 1998, GETTING READY FOR INDIVIDUALLY MANAGED PENSIONS: A GLOBAL PERSPECTIVE, BROOKLYN LAW SCHOOL.

Investor Education and Securities Disclosure, Apr. 16, 1998, CORPORATE DISCLOSURE AND ITS IMPACT ON CORPORATE MORALITY/EFFICIENCY, COLUMBUS SCHOOL OF LAW, THE CATHOLIC UNIVERSITY OF AMERICA.

The Role of Corporate Law in the Adaptation of French Enterprises, Sept. 4-6, 1997, EUROPEAN ASSOCIATION OF LAW AND ECONOMICS, BARCELONA, SPAIN.

Listing of Foreign Companies in the U.S., Apr. 28, 1997, SEMINAR AT DEUTSCHE MORGEN GRENFELL FOR THE WESTERN EUROPEAN LAW COMMITTEE OF THE INTERNATIONAL LAW SECTION OF THE NEW YORK STATE BAR ASSOCIATION.

The Role of Corporate Law in the Adaptation of French Enterprises, [in French] and seminar participant, Mar. 19, 1997, COLLOQUE SUR LE CORPORATE GOVERNANCE, PARIS, FRANCE [sponsored by the Association d'Économie Financière].

The Role of Corporate Law in the Adaptation of French Enterprises, and seminar participant, Mar. 17-18, 1997, COLUMBIA LAW SCHOOL SLOAN PROJECT ON CORPORATE GOVERNANCE: CROSS-BORDER VIEWS OF CORPORATE GOVERNANCE, PARIS, FRANCE [co-organizer of conference].

Corporate Governance, [presentation in French], and seminar participant, Oct. 25-26, 1996, SÉMINAIRE DU TRAVAIL SUR LE ACORPORATE GOVERNANCE, PARIS, FRANCE [sponsored by the Association d'Économie Financière].

The Absence of Cross-Cultural Communication: SEC Mandatory Disclosure and Foreign Corporate Governance, Oct. 14, 1996, BROOKLYN LAW SCHOOL INTERNATIONAL ECONOMICS LAW FORUM; Oct. 4, 1996, CORNELL LAW SCHOOL FACULTY FORUM; July 12, 1996, 8TH INT'L CONFERENCE ON SOCIO-ECONOMICS, GENEVA, SWITZERLAND.

Judicial Intervention in U.S. Tender Offers, Freeze-outs as a Consequence of U.S. Tender Offers, [presentations in French] Apr. 4, 5, 1995, L'OFFRE PUBLIQUE SUR LE MARCHÉ BOURSIER: LES CONFLITS D'INTÉRÊT EN PRÉSENCE [tender offers and conflicts of interest], UNIVERSITÉ DE PARIS IX (DAUPHINE), FRANCE.

The Transformation of French Corporate Governance and U.S. Institutional Investors, Nov. 4, 1994, COMPARATIVE MODELS OF PRIVATIZATION, BROOKLYN LAW SCHOOL.

## PROFESSIONAL SERVICE & CAREER DEVELOPMENT

Member, Pa. (1986) (inactive), D.C. (1988) (inactive), Paris, France (1992) (inactive), N.Y. (2000) (active) Bars.

Participant, Sloan Project on Business Institutions, Restoring Trust in America's Business Institutions, Georgetown Univ. Law Center, Nov. 6-7, 2003.

Seminar Participant, Summer Retreat, Sloan Program for the Study of Business in Society, George Washington Univ. Law School, Summer 2000.

Member, Subcommittee on International Securities Matters, Committee on Federal Regulation of Securities, ABA Business Law Section, 1994 to 1997.

Member, Association of the Bar of the City of New York, Banking Law Committee, 1994,-1997, Mergers & Acquisitions SubCommittee, 1998 to 2002.

Participant, Law & Economics Course, George Mason Law School, Law & Economics Center, Dartmouth University, Summer 1994.

## NON-LEGAL TEACHING EXPERIENCE

MIAMI UNIVERSITY
*Visiting Instructor of French, Sept. 1981-June 1982*
Courses: Beginning, Intermediate, Conversational French; Introduction to French Literature.

UNIVERSITY OF MICHIGAN
*Teaching Assistant, Sept. 1975-June 1981*
Courses: Beginning, Intermediate French; Great Books [survey of world literature].

SPEARS & IMES LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849

David Spears
tel 212-213-6991
dspears@spearsimes.com

April 17, 2012

**BY ELECTRONIC AND U.S. MAIL**

Jay P. McCloskey, Esq.
Thimi R. Mina, Esq.
Alfred C. Frawley IV, Esq.
McCloskey, Mina & Cunniff, LLC
12 City Center
Portland, Maine 04101

Re: Daniel R. Goldenson, et al. v. John L. Steffens, et al.
2:10-cv-440-JAW

Dear Counsel:

Enclosed please find Defendants' expert witness designation for Professor James Fanto. We intend to file a motion with the Court shortly in connection with this designation.

Very truly yours,

David Spears

David Spears