UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON,<br>SUZANNE K. GOLDENSON,<br>SKG PARTNERS, L.P., and<br>SKG GENERAL CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN L. STEFFENS, GREGORY P. HO,<br>SPRING MOUNTAIN CAPITAL G.P., LLC,<br>SPRING MOUNTAIN CAPITAL, LP, and<br>SPRING MOUNTAIN CAPITAL, LLC,<br><br>Defendants. | Case No. 10-CV-440 (JAW)<br><br>**EXPEDITED BRIEFING AND<br>HEARING REQUESTED** |

## DEFENDANTS' MOTION TO ENLARGE THE TIME FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS UNDER *DAUBERT* AND *KUMHO*

Based on the Court's direction at a telephonic hearing on May 9, 2012, Defendants respectfully submit this motion seeking an enlargement of time to file motions for summary judgment and motions under *Daubert* and *Kumho*. As discussed in the telephonic hearing, undersigned counsel David Spears has a trial scheduled from June 21-29; the trial and preparation for the trial will take up most of the month of June. Defendants also intend to take into account in their motion for summary judgment and any motions under *Daubert* and *Kumho* the deposition testimony of Plaintiffs' expert Dr. Patrick Conroy, whose supplemental designation was provided to Defendants at the end of the day on Friday, May 25 and who has not yet been deposed, and the testimony of Defendants' own expert, Professor James Fanto, whose late designation we have requested the Court to permit. Defendants plan to file a separate motion asking the Court to enlarge discovery for the limited purpose of allowing Defendants to

take the deposition of Dr. Conroy, which Plaintiffs have consented to, and, if the Court permits the designation of Professor Fanto, Plaintiffs would also be entitled to take Professor Fanto's deposition.

In light of undersigned counsel's trial in June and the deposition timing discussed above, Defendants respectfully request that the Court extend the deadline for filing motions for summary judgment and motions under *Daubert* and *Kumho* to July 27, 2012.  Undersigned counsel has conferred with Plaintiffs' counsel and Plaintiffs do not consent to Defendants' request.

Dated: May 29, 2012
      New York, New York

                         Respectfully submitted,

                         SPEARS & IMES LLP

                         By: /s/ David Spears
                               David Spears

                         By: /s/ Max Nicholas
                               Max Nicholas
                               Michelle Skinner
                               51 Madison Avenue
                               New York, New York  10010
                               Telephone: (212) 213-6996


                         DRUMMOND WOODSUM

                         By: /s/ James T. Kilbreth
                               James T. Kilbreth
                               Drummond Woodsum

        84 Marginal Way
        Portland, Maine 04101
        Telephone (207) 253-0555
        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Thimi R. Mina
>Jay P. McCloskey
>Alfred Frawley
>McCloskey, Mina & Cunniff, LLC
>12 City Center
>Portland, ME 04101

Dated:   May 29, 2012                            /s/ David Spears
                                                                  David Spears
                                                                  51 Madison Avenue
                                                                  New York, New York 10010
                                                                  (212) 213-6996
                                                                  dspears@spearsimes.com