UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN L. STEFFENS, et al.,<br><br>Defendants. | Case No. 2:10-cv-440-JAW |

**NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT AND NEED FOR PRE-FILING CONFERENCE PURSUANT TO LOCAL RULE 56 (h)**

Pursuant to Local Rule 56(h) and the Scheduling Order, Defendants John L. Steffens, Gregory P. Ho, Spring Mountain Capital G.P., LLC, Spring Mountain Capital, LP, and Spring Mountain Capital, LLC hereby notify the Court and all other parties that they intend to file a Motion for Summary Judgment in this matter.

Defendants respectfully request that the Clerk schedule a Pre-Filing Conference pursuant to Local Rule 56(h).

Dated: May 29, 2012

/s/ *James T. Kilbreth*
James T. Kilbreth

Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME  04101-2480
Telephone (207) 772-1941
Facsimile (207) 772-3627
jkilbreth@dwmlaw.com

David Spears
Michelle Skinner
Max C. Nicholas

Spears & Imes LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 213-6996

## **CERTIFICATE OF SERVICE**

I certify that on this 29th day of May, 2012, I electronically filed this Notice of Intent with the Court's CM-ECF system, which automatically sends notification to all counsel of record.

*/s/ James T. Kilbreth*
James T. Kilbreth
