UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON,<br>SUZANNE K. GOLDENSON,<br>SKG PARTNERS, L.P., and<br>SKG GENERAL CORP.,<br><br>  Plaintiffs,<br><br>v.<br><br>JOHN L. HO, GREGORY P. HO,<br>SPRING MOUNTAIN CAPITAL GP, LLC,<br>SPRING MOUNTAIN CAPITAL, LP, and<br>SPRING MOUNTAIN CAPITAL, LLC,<br><br>  Defendants. | Case No. 10-CV-440 (JAW) |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' IDENTIFICATION
OF RECORDS PURSUANT TO LOCAL RULE 44**

Pursuant to Local Rule 44 of the Local Rules of the United States District Court for the District of Maine, Defendants John L. Steffens, Gregory P. Ho, Spring Mountain Capital, G.P., LLC, Spring Mountain Capital, LP, and Spring Mountain Capital, LLC ("Defendants"), by and through their undersigned attorneys, hereby object to Plaintiffs' Identification of Records dated May 21, 2012, Declaration of Michelle Skinner, dated June 4, 2012 ("Skinner Decl."), Ex. A, as follows:

1. As to the documents produced to Plaintiffs by Rothstein, Kass & Company, P.C. ("Rothstein Kass") and BDO USA, LLP ("BDO"), *see id.* ¶¶ 1-2, Defendants object to the authenticity of those documents because they are voluminous and Plaintiffs have declined to specify particular documents within those productions that they intend to offer into evidence. Defendants cannot be expected to wade through thousands of pages evaluating whether in fact each document constitutes a business record under F.R.E. 803(6) and 902(11). It is clear from a preliminary review, moreover, that many of those

documents do not qualify as business records.  *See, e.g.*, Skinner Decl., Ex. B (pages of account statements apparently received by BDO from a third party, not created by BDO); Ex. C (pages of financial statements apparently received by Rothstein Kass from a third party).

2. As to the documents Plaintiffs anticipate receiving from Citi Hedge Fund Services, N.A., *see* Skinner Decl., Ex. A, ¶ 4, Defendants object to the authenticity of those documents because those documents have not yet been provided to Defendants and Defendants have been unable to examine them, *see* Skinner Decl. ¶ 3.

Dated: June 4, 2012
New York, New York

                    Respectfully submitted,

                    SPEARS & IMES LLP

                    By: /s/ David Spears
                        David Spears

                    By: /s/ Michelle Skinner
                        Michelle Skinner
                        Max Nicholas
                        51 Madison Avenue
                        New York, New York  10010
                        Telephone: (212) 213-6996

                    DRUMMOND WOODSUM

                    By: /s/ James T. Kilbreth
                        James T. Kilbreth
                        Drummond Woodsum
                        84 Marginal Way
                        Portland, Maine 04101
                        Telephone (207) 253-0555
                        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Thimi R. Mina
> Jay P. McCloskey
> Alfred Frawley
> McCloskey, Mina & Cunniff, LLC
> 12 City Center
> Portland, ME 04101

Dated: June 4, 2012 /s/ Michelle Skinner
Michelle Skinner
51 Madison Avenue
New York, New York 10010
(212) 213-6996
mnicholas@spearsimes.com