UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 10-CV-440 (JAW) |
| JOHN L. STEFFENS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF MICHELLE SKINNER IN SUPPORT OF
DEFENDANTS' OBJECTION TO PLAINTIFFS' IDENTIFICATION
OF RECORDS PURSUANT TO LOCAL RULE 44**

Michelle Skinner, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am associated with Spears & Imes LLP, counsel for Defendants John L.
Steffens, Gregory P. Ho, Spring Mountain Capital, G.P., LLC, Spring Mountain Capital, LP, and
Spring Mountain Capital, LLC.

2.      Attached as Exhibit A is a copy of Plaintiffs' Identification of Records Pursuant
to Local Rule 44, dated May 21, 2012.

3.      The documents referenced in paragraph 4 of Exhibit A have not yet been provided
to Defendants and Defendants have been unable to examine them.

4.      Attached as Exhibit B is an excerpt from documents produced by BDO USA, LLP
in response to a third-party subpoena issued by Plaintiffs.

5.      Attached as Exhibit C is an excerpt from documents produced by Rothstein, Kass
& Company, P.C. in response to a third-party subpoena issued by Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of June, 2012, at New York, New York.

/s/ Michelle Skinner
Michelle Skinner