UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Docket No. 2:10-CV-440-JAW |
| ) | |
| JOHN L. STEFFENS, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' IDENTIFICATION OF RECORDS
PURSUANT TO LOCAL RULE 44**

**COME NOW** the Plaintiffs, by and through their undersigned attorneys, and identify the following records pursuant to Local Rule 44 of the United States District Court for the District of Maine's Local Rules and the Court's April 12, 2012 Report of Hearing and Order Re: Discovery, Scheduling (Docket No. 103):

1. All records and documents produced to the Plaintiffs by Rothstein, Kass & Company, P.C. ("Rothstein Kass") on March 27, 2012 and April 19, 2012 and relating to or concerning Rothstein Kass' 2007-2011 independent audits of various Spring Mountain funds, including Centigrade Fund Ltd.; SMC Alternative Strategies Fund, Ltd.; SMC Alternative Strategies Fund, LLC; SMC Leveraged Fund, Ltd.; SMC Leveraged Fund, LLC; SMC Reserve Fund II, LP; SMC Reserve Fund II Offshore, LP; Spring Mountain Partners Overseas I, Ltd.; and Spring Mountain Partners QP I, LP. A copy of the Declaration of Rothstein Kass' Custodian of Records or Qualified Person is attached hereto as Exhibit A. These documents have been produced to the Defendants.

2. The records and documents bearing Bates Stamps BDO_G_0000001 through BDO_G_0004039, produced to the Plaintiffs by BDO USA, LLP ("BDO") on April 11, 2012,

and relating to or concerning BDO's 2007 independent audits of Gabriel Capital, LP and Ascot Partners, LP. A copy of the Declaration of BDO's Custodian of Records or Qualified Person is attached hereto as Exhibit B. These documents have been produced to the Defendants.

3. Pending the Court's ruling on the Plaintiffs' April 18, 2012 Motion to Compel the Production of Documents (Docket No. 104), all records and documents subsequently produced to the Plaintiffs by Simpson, Thacher & Bartlett, LLP ("STB") that STB certifies are domestic records of a regularly conducted activity pursuant to Fed. R. Evid. 902(11). The Plaintiffs will produce these documents to the Defendants upon their receipt.

4. Pending a response to the Plaintiffs' subpoena duly served on Citi Hedge Fund Services, N.A. ("Citi") on April 3, 2012, all records and documents that are produced to the Plaintiffs pursuant to that subpoena that Citi certifies are domestic records of a regularly conducted activity pursuant to Fed. R. Evid. 902(11). The Plaintiffs will produce these documents to the Defendants upon their receipt.

Dated at Portland, Maine this 21st day of May, 2012.

_____
Alfred C. Frawley IV

MCCLOSKEY, MINA & CUNNIFF, LLC
Attorney for the Plaintiffs
12 City Center
Portland, Maine 04101
(207) 772-6805

Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON, ) <br> SUZANNE K. GOLDENSON, ) <br> SKG PARTNERS, LP and ) <br> SKG GENERAL CORP., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> JOHN L. STEFFENS, GREGORY ) <br> P. HO, SPRING MOUNTAIN ) <br> CAPITAL GP, LLC, SPRING ) <br> MOUNTAIN CAPITAL LP, and ) <br> SPRING MOUNTAIN CAPITAL, ) <br> LLC, ) <br> ) <br> Defendants. ) | 10-CV-00440-JAW |

DECLARATION OF CUSTODIAN OF RECORDS
OR QUALIFIED PERSON

I hereby declare that:

1. My name is **Jeffrey Stomski**.

2. I am the custodian of records or acting on behalf of the custodian of records of the business named in the subpoena issued to Rothstein, Kass & Company, P.C., under the authority of the United States District Court for the Southern District of New York, or I am otherwise qualified as a result of my position with Rothstein, Kass & Company, P.C. to make this Declaration.

3. I am in receipt of a Subpoena served on Rothstein, Kass & Company, P.C. and issued on behalf of the Plaintiffs in the above-captioned case which requests the production of records in the possession, custody or control of Rothstein, Kass & Company, P.C. Attached hereto are records responsive to the Subpoena. Pursuant to Federal Rules of Evidence 803(6) and 902(11), I hereby certify that the records attached to this Declaration:

a) were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters;

b) were kept in the course of a regularly conducted business activity; and

c) were made by means of a regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 12__, 2012

_____
(signature of declarant)

__Jeffrey Stomski, Senior Manager__
(name and title of declarant)

Rothstein, Kass & Company, P.C.,
4 Becker Farm Road
Roseland, New Jersey 07068

Exhibit B

APR 2 5 2012

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON, <br> SUZANNE K. GOLDENSON, <br> SKG PARTNERS, LP and <br> SKG GENERAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN L. STEFFENS, GREGORY P. HO, SPRING MOUNTAIN CAPITAL GP, LLC, SPRING MOUNTAIN CAPITAL LP, and SPRING MOUNTAIN CAPITAL, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) 10-CV-00440-JAW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF CUSTODIAN OF RECORDS OR QUALIFIED PERSON

I hereby declare that:

1. My name is Lisa A. Morris.

2. I am the custodian of records or acting on behalf of the custodian of records of the business named in the subpoena issued to BDO USA, LLP (f/k/a BDO Seidman, LLP), under the authority of the United States District Court for the Southern District of New York, or I am otherwise qualified as a result of my position with BDO USA, LLP to make this Declaration.

3. I am in receipt of a Subpoena served on BDO USA, LLP and issued on behalf of the Plaintiffs in the above-captioned case which requests the production of records in the possession, custody or control of BDO USA, LLP. On April 11, 2012, BDO USA, LLP produced documents bearing the Bates numbers BDO_G_0000001 through BDO_G_0004039 in response to the Subpoena. Those documents are BDO USA, LLP's audit workpapers for the fiscal year 2007 for Ascot Partners, L.P. and Gabriel Capital, L.P. Pursuant to Federal Rules of Evidence 803(6) and 902(11), I hereby certify that the records attached to this Declaration:

PRV 1194527.2

a) were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters;

b) were kept in the course of a regularly conducted business activity; and

c) were made by means of a regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2012

*Lisa A. Morris* (signature)

Lisa A. Morris
Senior Paralegal

BDO USA, LLP (f/k/a BDO Seidman, LLP)
100 Park Avenue, 11th Floor
New York, New York 10017