MORGAN STANLEY & CO. INCORPORATED
1585 Broadway
New York, NY 10036-8293
(212) 761-4000

ARIEL FUND LTD.
C/O: GABRIEL CAPITAL CORP.
450 PARK AVENUE 32ND FLOOR
NEW YORK, NY 10022-2605

Page 1

INVESTMENTS REPRESENTATIVE 01736

ACCOUNT NO. 038-23001 TAX IDNO.

Statement Period: Last Statement Date
DEC 01, 2007 TO DEC 31, 2007 NOV 30, 2007

ALL AMOUNTS IN THE EURO

ACCOUNT SUMMARY

| | |
|---|---|
| NET CASH BALANCE | 0.00 |
| LONG MARKET VALUE OF SECURITIES | 0.00 |
| SHORT MARKET VALUE OF SECURITIES | 0.00 |
| OTE ON OPEN CONTRACTS | 0.00 |
| PENDING OPTIONS PREMIUM | 0.00 |
| EQUITY IN YOUR ACCOUNT | 0.00 |

Reported mutual funds, RepoSweep and unpriced securities are not included in market value and equity calculations.

BALANCE SUMMARY

| Account Type | Opening Balance | Closing Balance |
|---|---|---|
| NET CASH BALANCE | 0.00 | 0.00 |

PORTFOLIO SUMMARY

| Type | Quantity and Description | Price | Market Value | Est Income | %Yield |
|---|---|---|---|---|---|

Long Securities

| | | | | | | |
|---|---|---|---|---|---|---|
| MGN | 5,887,445 | MAXWELL COMMUNICATION CORP 0% ECLEAR DUE 15JUN1993 DEM REGS DC IN DEFAULT | N/A | | | |
| MGN | 1,106,689 | MAXWELL COMMUNICATION CORPN 8.375% ECLEAR DUE DTD 01SEP1988 EUR REGS IN DEFAULT | N/A | | | |

TOTAL LONG MARKET VALUE 0.00
N/A signifies that price for this security was unavailable from pricing source.

Please see last three pages of this report for important legal information.
** Continued on next page **

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

BDO G 0000078

(ARF-2)

ARIEL FUND LTD.
C/O: GABRIEL CAPITAL CORP.
450 PARK AVENUE 32ND FLOOR

```
ACCOUNT NO.                           38-23001        ALL AMOUNTS IN JAPANESE YEN                        Page    2

Statement Period        DEC 01, 2007 TO DEC 31, 2007

ACCOUNT SUMMARY                                       BALANCE SUMMARY

NET CASH BALANCE                          0.00        Account Type    | Opening Balance | Closing Balance
LONG MARKET VALUE OF SECURITIES           0.00        NET CASH BALANCE              0.00             0.00
SHORT MARKET VALUE OF SECURITIES          0.00
OTE ON OPEN CONTRACTS                     0.00
PENDING OPTIONS PREMIUM                   0.00

EQUITY IN YOUR ACCOUNT                    0.00

Reported mutual funds, RepoSweep and unpriced
securities are not included in market value
and equity calculations.

PORTFOLIO SUMMARY

Type| Quantity and Description                       | Price       | Market Value |  Est Income |%Yield

Long Securities

MGN   298,000,000 #A MINERAL BANK SAMURAI (DEFAULT)        N/A
                  5.8%           DIRTY CPN:0614/1214 DUE:0
                  6/14/96 DTD:06/14/89
                  TOTAL LONG MARKET VALUE                                   0.00
                  N/A signifies that price for this security was unavailable from pricing source.
```

please see last three pages of this report for important legal information.
** Continued on next page **



CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

BDO G 0000079

ARIEL FUND LTD.
C/O: GABRIEL CAPITAL CORP.
450 PARK AVENUE 32ND FLOOR

```
ACCOUNT NO.                     38-23001         ALL AMOUNTS IN US DOLLARS                              Page      3

Statement Period       DEC 01, 2007 TO DEC 31, 2007
                                                 BALANCE SUMMARY
ACCOUNT SUMMARY
                                                 Account Type  |   Opening Balance   |   Closing Balance
NET CASH BALANCE                11,273,392.17
LONG MARKET VALUE OF SECURITIES     39,150.81    MARGIN   (MGN)      10,636,025.15        11273392.17
SHORT MARKET VALUE OF SECURITIES         0.00
OTE ON OPEN CONTRACTS                    0.00    NET CASH BALANCE    10,636,025.15        11273392.17
PENDING OPTIONS PREMIUM                  0.00

EQUITY IN YOUR ACCOUNT          11,312,542.98
```

Reported mutual funds, RepoSweep and unpriced
securities are not included in market value
and equity calculations.

DIVIDEND AND INTEREST SUMMARY

```
This Period                                                              | Year to Date
                            |  Gross   |  Tax Withheld |                      Gross     |   Tax Withheld
DIVIDENDS RECEIVED              0.00         0.00                         10,537.50            0.00
INTERNATIONAL DIVIDENDS         0.00         0.00                          6,278.00            0.00
NRA WITHHOLDING ON DIVIDENDS    0.00         0.00                              0.00        3,161.25DR
INTEREST ON CREDIT BALANCE  48,919.41         0.00                       471,060.87            0.00
INTEREST ON DEBIT BALANCE       0.00         0.00                         92,185.51DR          0.00

NET INCOME/EXPENSE          48,919.41         0.00                       395,690.86        3,161.25DR
```

ACTIVITY FOR THIS PERIOD

```
Date |Type | Entry   Quantity        Description           | Price     Debit Amt.     Credit Amt.

Dividend and Interest
12-01 MGN  INTEREST      CREDIT INTEREST FOR NOVEMBER USD                               48,919.41
                         BALANCE S

                         NET PORTFOLIO INCOME/EXPENSE                                   48,919.41
```

Please see last three pages of this report for important legal information.
** Continued on next page **

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER                                    BDO G 0000080