

Eisner (Cayman) Ltd.
Accountants and Advisors

# ARISTOS CAPITAL OFFSHORE FUND LTD.
(a Cayman Islands exempted company)

FINANCIAL STATEMENTS

DECEMBER 31, 2008

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Contents**

| | Page |
|---|---:|
| **Financial Statements** | |
| Independent auditors' report | 1 |
| Statement of net assets as of December 31, 2008 | 2 |
| Condensed schedule of investments as of December 31, 2008 | 3 |
| Statement of operations for the year ended December 31, 2008 | 5 |
| Statement of changes in net assets for the year ended December 31, 2008 | 6 |
| Notes to financial statements | 7 |

# Eisner (Cayman) Ltd.

Sagicor House, North Church Street
George Town
P.O. Box 1782
Grand Cayman, KY1-1109
Tel 345.945.5889  Fax 345-623-5907
www.eisnercayman.com

**INDEPENDENT AUDITORS' REPORT**

The Directors and Shareholders of
Aristos Capital Offshore Fund Ltd.

We have audited the accompanying statement of net assets of Aristos Capital Offshore Fund Ltd. (the "Fund"), including the condensed schedule of investments, as of December 31, 2008, and the related statements of operations and changes in net assets and financial highlights for the year then ended. These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America.  Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement.  An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements.  An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.  We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements and financial highlights referred to above present fairly, in all material respects, the financial position of Aristos Capital Offshore Fund Ltd. as of December 31, 2008, and the results of its operations, changes in its net assets and the financial highlights for the year then ended, in conformity with accounting principles generally accepted in the United States of America.

*Eisner (Cayman) Ltd.*

Grand Cayman, Cayman Islands
March 4, 2009

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Statement of Net Assets**
**December 31, 2008**
(expressed in U.S. dollars)

**ASSETS**

| | |
|---|---:|
| Investments in securities, at fair value (cost $11,958,918) | $ 10,348,841 |
| Due from broker | 13,927,980 |
| Cash equivalents | 16,280 |
| Other assets | 49,905 |
| Total assets | 24,343,006 |

**LIABILITIES**

| | |
|---|---:|
| Securities sold short, at fair value (proceeds $10,335,036) | 10,001,101 |
| Accrued expenses and other liabilities | 83,148 |
| Total liabilities | 10,084,249 |
| **NET ASSETS (Note F)** | **$ 14,258,757** |

*See notes to financial statements* 2

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Condensed Schedule of Investments**
**December 31, 2008**
(expressed in U.S. dollars)

The percentages shown for each category represent the percent of net assets.

| Quantity | | Fair Value |
|---|---|---:|
| | **Investments in Securities:** | |
| | **Common Stocks - United States:** | |
| | Biotechnology (1.15%) | $ 164,158 |
| | Commercial Services (4.75%) | 677,501 |
| | Diversified Financial Services (0.15%) | 20,919 |
| | Electrical Equipment (0.56%) | 80,136 |
| | Electronics: | |
| 24,945 |   Thermo Fisher Scientific, Inc. (5.96%) | 849,876 |
| |   Other (1.58%) | 225,759 |
| | Engineering & Construction (1.95%) | 277,379 |
| | Health Care Products: | |
| 41,390 |   Inverness Med Innovations Inc. (5.49%) | 782,684 |
| |   Other (8.17%) | 1,165,212 |
| | Health Care Services (7.69%) | 1,096,161 |
| | Machinery-Construction and Mining (0.47%) | 67,413 |
| | Metal Fabricate and Hardware (0.98%) | 140,373 |
| | Oil and Gas (12.07%) | 1,721,589 |
| | Oil and Gas Services (0.86%) | 122,192 |
| | Pharmaceuticals (3.88%) | 552,993 |
| | Retail: | |
| 31,550 |   CVS Caremark Corporation (6.36%) | 906,747 |
| | Software (4.22%) | 601,034 |
| | **Total Common Stocks - United States (66.29%) (cost $11,278,634)** | **9,452,126** |
| | **Common Stocks - Foreign:** | |
| | Canada: | |
| |   Mining (3.78%)  (cost $386,086) | 538,846 |
| | **Total Common Stocks (70.07%)  (cost $11,664,720)** | **9,990,972** |
| | **REITS** (2.51%)  (cost $294,198) | 357,869 |
| | **Total Investments in Securities (72.58%) (cost $11,958,918)** | **$ 10,348,841** |

3

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Condensed Schedule of Investments**
**December 31, 2008**
(expressed in U.S. dollars)
(continued)

| Quantity | | Fair Value |
|---|---|---:|
| | **Securities Sold Short (all United States):** | |
| | **Common Stocks:** | |
| | Aerospace / Defense (2.10%) | $ 298,794 |
| | Biotechnology (0.60%) | 86,110 |
| | Chemicals (0.05%) | 6,869 |
| | Coffee (0.50%) | 70,913 |
| | Engineering and Construction (0.77%) | 109,315 |
| | Healthcare Products (3.97%) | 566,203 |
| | Healthcare Services (0.05%) | 7,838 |
| | Home Furnishings (0.99%) | 140,539 |
| | Leisure Time (0.45%) | 64,630 |
| | Media (0.21%) | 30,526 |
| | Mining (0.52%) | 74,074 |
| | Oil and Gas (3.10%) | 441,527 |
| | Oil and Gas Services (0.72%) | 102,038 |
| | Retail (3.34%) | 475,932 |
| | Semi-Conductors (0.12%) | 16,505 |
| | Transportation (0.14%) | 20,221 |
| | Water (1.91%) | 273,023 |
| | **Total Common Stocks (19.53%) (proceeds $3,025,401)** | 2,785,057 |
| | **Mutual Funds:** | |
| 63,630 | Selector Sector SPDR Trust (11.85%) | 1,689,377 |
| 70,710 | SPDR S&P Retail ETF (10.10%) | 1,440,009 |
| 31,510 | SPDR Trust Series 1 (19.94%) | 2,843,462 |
| | Other (8.72%) | 1,243,196 |
| | **Total Mutual Funds (50.61%) (proceeds $7,309,635)** | 7,216,044 |
| | **Total Securities Sold Short (70.14%) (proceeds $10,335,036)** | $ 10,001,101 |

*See notes to financial statements* 4

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Statement of Operations**
**Year Ended December 31, 2008**
(expressed in U.S. dollars)

| | |
|---|---:|
| **Realized and unrealized gains (losses) from investments:** | |
| Net realized gains from securities transactions | $ 965,995 |
| Net change in unrealized depreciation on investments | (2,170,429) |
| Net realized and unrealized losses from investments | (1,204,434) |
| **Investment income:** | |
| Interest | 209,181 |
| Dividends (net of withholding tax of $20,320) | 56,834 |
| | 266,015 |
| **Operating expenses:** | |
| Dividends | 137,777 |
| Management fee | 53,496 |
| Stock loan fees | 83,651 |
| Professional fees | 44,244 |
| Administration fees | 72,800 |
| Other | 19,026 |
| | 410,994 |
| Net investment loss | (144,979) |
| **Net decrease in net assets resulting from operations** | $ (1,349,413) |

*See notes to financial statements*                                                                 5

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Statement of Changes in Net Assets**
**Year Ended December 31, 2008**
(expressed in U.S. dollars)

| | |
|---|---:|
| **Increase (decrease) in net assets resulting from operations:** | |
| Net realized gains from securities transactions | $ 965,995 |
| Net change in unrealized depreciation on investments | (2,170,429) |
| Net investment loss | (144,979) |
| Net decrease in net assets resulting from operations | (1,349,413) |
| **Increase in net assets resulting from capital share transactions:** | |
| Class A1 shares issued | 500,000 |
| Class B2 shares issued | 2,112,647 |
| Class B3 shares issued | 900,000 |
| Net increase in net assets resulting from capital share transactions | 3,512,647 |
| **Increase in net assets** | 2,163,234 |
| **Net assets, beginning of the year** | 12,095,523 |
| **Net assets, end of the year** | $ 14,258,757 |

ARISTOS CAPITAL OFFSHORE FUND LTD.

*See notes to financial statements*   6

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Notes to Financial Statements**
**December 31, 2008**
(expressed in U.S. dollars)

NOTE A - ORGANIZATION

Aristos Capital Offshore Fund Ltd. (the "Fund") was incorporated on November 16, 2006, as an exempted company in the Cayman Islands and is registered under the Cayman Islands Mutual Funds Law and with the Cayman Islands Monetary Authority. The Fund commenced operations on February 1, 2007 and was formed for the purpose of investing and trading in securities. Aristos Capital Management, LLC (the "Investment Manager"), a Delaware limited liability company, is responsible for the investment and management of the Fund's assets.

Olympia Capital (Cayman) Limited serves as the Administrator of the Fund. The Administrator performs various administrative services, including acting as registrar and transfer agent.

NOTE B - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The accompanying financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America and include the following significant accounting policies.

**[1]** **Investment transactions and investment income and expense:**

Securities transactions are recorded on a trade-date basis and realized gains and losses from securities transactions are calculated using the first-in, first-out method. Changes in unrealized appreciation and depreciation on securities are included in the statement of operations. Dividends are recognized on the ex-dividend date and interest is recorded on the accrual basis.

**[2]** **Due from broker:**

The clearing and depository operations for the Fund's investment transactions are provided by one broker. Due from broker includes cash and net amounts receivable for securities transactions that have not settled. At December 31, 2008, all of the securities owned, securities sold short and the amount due from broker reflected in the statement of net assets are positions held by and amounts due from this broker. In the event of the broker's insolvency, recovery of such assets may be limited to account insurance or other protection.

Investments in securities and securities sold short are subject to margin requirements.

**[3]** **Income taxes:**

There is currently no taxation imposed on income or capital gains by the government of the Cayman Islands. The only taxes payable by the Fund are withholding taxes of other countries applicable to certain investment income. As a result, no income tax liability or expense has been recorded in the financial statements.

**[4]** **Use of estimates:**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Notes to Financial Statements**
**December 31, 2008**
(expressed in U.S. dollars)

NOTE B - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

[5]   **Cash equivalents:**

The Fund considers all highly liquid investment instruments purchased with a maturity of three months or less to be cash equivalents.

[6]   **Foreign currency translation:**

Assets and liabilities denominated in foreign currencies are translated into United States dollar amounts at the period-end exchange rates.  Purchases and sales of investments and income and expenses that are denominated in foreign currencies are translated into United States dollar amounts at the prevailing rates of exchange on the transaction date.  Adjustments arising from foreign currency transactions are reflected in the statement of operations.

The Fund does not isolate that portion of the results of operations arising from the effect of changes in foreign exchange rates on investments from fluctuations arising from changes in market prices of investments held.  Such fluctuations are included with the net realized or unrealized gain or loss on investments in the statement of operations.

[7]   **New accounting pronouncement:**

In July 2006, Financial Accounting Standards Board Interpretation No. 48, "Accounting for Uncertainty in Income Taxes - an Interpretation of FASB Statement No. 109" ("FIN 48"), was issued and is effective for nonpublic entities for fiscal years beginning after December 15, 2008.

FIN 48 sets forth a threshold for financial statement recognition, measurement and disclosure of a tax position taken or expected to be taken on a tax return.  FIN 48 requires the Investment Manager to determine whether a tax position of the Fund is more likely than not to be sustained upon examination by the applicable taxing authority, including resolution of any related appeals or litigation processes, based on technical merits of the position.  FIN 48 must be applied to all existing tax positions upon initial adoption and the cumulative effect, if any, is to be reported as an adjustment to net assets as of the beginning of the year of adoption.

The Investment Manager has not yet made a determination as to the impact of the adoption of FIN 48 on the Fund's financial statements.

NOTE C - RELATED PARTY TRANSACTIONS

The Fund pays the Investment Manager a fixed quarterly management fee payable quarterly in advance equal to 0.375% (1.5% per annum) of each series of each applicable class of shares.  For the year ended December 31, 2008, the management fee totaled approximately $53,000.

The Fund will also pay to the Investment Manager an annual performance fee, equal to 20% of the net profits, as defined, if any, during such fiscal year allocable to each series of each applicable class of shares, subject to a loss carryforward, as defined.  For the year ended December 31, 2008, there was no performance fee.

The Investment Manager may, in its sole and absolute discretion, waive or reduce the management and/or performance fee with regard to any class of shares.

8

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Notes to Financial Statements**
**December 31, 2008**
(expressed in U.S. dollars)

NOTE D - VALUATION OF INVESTMENTS

The Fund adopted Statement of Financial Accounting Standards No. 157, "Fair Value Measurements" ("SFAS 157"), effective January 1, 2008. The provisions of SFAS 157 are to be applied prospectively.

SFAS 157 clarifies that fair value is an estimate of the exit price, representing the amount that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants (i.e., the exit price at the measurement date). Under SFAS 157, fair value measurements are not adjusted for transaction costs. SFAS 157 provides for use of a fair value hierarchy that prioritizes inputs to valuation techniques used to measure fair value into three levels:

- Level 1    Unadjusted quoted prices in active markets for identical assets or liabilities.

- Level 2    Inputs other than quoted market prices that are observable, either directly or indirectly, and reasonably available. Observable inputs reflect the assumptions market participants would use in pricing the asset or liability and are developed based on market data obtained from sources independent of the Fund.

- Level 3    Unobservable inputs. Unobservable inputs reflect the assumptions that the Investment Manager develops based on available information about what market participants would use in valuing the asset or liability.

An asset or liability's level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Availability of observable inputs can vary and is affected by a variety of factors. The Investment Manager uses judgment in determining fair value of assets and liabilities and Level 3 assets and liabilities involve greater judgment than Level 1 or Level 2 assets or liabilities.

Common stocks, REITS and mutual funds held long and short are classified within Level 1 of the fair value hierarchy. Investments in these securities are valued on the last business day of the year at the last available reported sales price on the primary securities exchange.

NOTE E - ADMINISTRATIVE FEES

The Fund pays the administrator a fee for providing administrative services at an annual rate that is determined by the net assets of the Fund. The administrative fee is charged monthly and is computed on a sliding scale basis, subject to a minimum fee per month. For the year ended December 31, 2008, the administrative fees were approximately $73,000.

NOTE F - SHARE CAPITAL

The authorized share capital of the Fund consists of 5,000,000 shares ("Shares") at a par value of $0.01 per share. The Fund's shares are divided into classes. The Fund offers different classes of shares to distinguish between those shareholders who are restricted from participating in the profits and losses attributable to investments in U.S. securities which constitute "new issues" under guidelines of the Financial Industry Regulatory Authority ("FINRA"). Shares of each class are issued at $1,000 per share. Shares of each class are generally issuable monthly in series of shares. Subscriptions are permitted monthly, on the first day of the calendar month and at such other times as the Board of Directors of the Fund may allow. Generally, subject to certain liquidity constraints, shares may be redeemed by a shareholder upon at least 60 days' written notice as of the last day of each month, provided, however, that such investment has been held for at least 12 months. For redemptions

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Notes to Financial Statements**
**December 31, 2008**
(expressed in U.S. dollars)

NOTE F - SHARE CAPITAL (CONTINUED)

made within one year of the subscription, a redemption fee equal of up to 2% of the redemption amount may be charged.  The Investment Manager may permit redemptions under such other circumstances and/or such conditions as it, in its sole discretion, deems appropriate.  At the end of each fiscal year, the other series will be converted into the first series of shares of the applicable class of Shares so that at the beginning of the following fiscal year all shares will be the same series of shares unless a loss carry forward attributable to the first series of shares or the shares being converted remains outstanding.  Each series and class of Shares has equal dividend, distribution, liquidation and voting rights within each class and series.

Class A1, A2 and A3 shares may only be purchased by investors who do not fall within the proscription of the Conduct Rules of the FINRA.  Class B1, B2 and B3 shares may only be purchased by investors who fall within such proscription. Class A1 and B1 shares are charged both management and performance fees.  Class A2 and B2 shares are charged no management and performance fees.  Class A3 and B3 shares are charged management fees but not performance fees.  There were no Class B1 shares issued and outstanding at December 31, 2008.

Share transactions of the Fund for the year ended December 31, 2008 were as follows:

| Class/ Series | Shares Outstanding at January 1, 2008 | Shares Subscribed | Shares Outstanding at December 31, 2008 | Net Asset Value | Net Asset Value Per Share |
|---|---|---|---|---|---|
| Class A1 Series 1107 | 500.000 | | 500.000 | $   452,458 | $    904.91 |
| Class A1 Series 0208 | | 500.000 | 500.000 | 467,798 | $    935.60 |
| Class A2 Series 1 | 124.878 | | 124.878 | 144,630 | $ 1,158.18 |
| Class A3 Series 1 | 100.000 | | 100.000 | 93,208 | $    932.08 |
| Class B2 Series 1 | 1,600.000 | | 1,600.000 | 1,853,081 | $ 1,158.18 |
| Class B2 Series 0507 | 150.000 | | 150.000 | 162,649 | $ 1,084.33 |
| Class B2 Series 0707 | 1,500.000 | | 1,500.000 | 1,560,698 | $ 1,040.47 |
| Class B2 Series 0907 | 2,000.000 | | 2,000.000 | 2,003,886 | $ 1,001.94 |
| Class B2 Series 1007 | 1,500.000 | | 1,500.000 | 1,425,168 | $    950.11 |
| Class B2 Series 1107 | 1,500.000 | | 1,500.000 | 1,383,998 | $    922.67 |
| Class B2 Series 0108 | | 2,000.000 | 2,000.000 | 1,826,757 | $    913.38 |
| Class B2 Series 0808 | | 112.647 | 112.647 | 108,530 | $    963.45 |
| Class B3 Series 1 | 500.000 | | 500.000 | 562,436 | $ 1,124.87 |
| Class B3 Series 0807 | 100.000 | | 100.000 | 98,350 | $    983.50 |
| Class B3 Series 1107 | 1,400.000 | | 1,400.000 | 1,268,808 | $    906.29 |
| Class B3 Series 0308 | | 400.000 | 400.000 | 369,069 | $    922.67 |
| Class B3 Series 0908 | | 500.000 | 500.000 | 477,233 | $    954.47 |
| | | | | $ 14,258,757 | |

**Allocation of income and losses:**

The Fund's results of operations (which are defined on a total return basis, inclusive of unrealized appreciation and depreciation) are allocated proportionately based upon the aggregate net asset value of each shareholder's series, except management and performance fees, which are allocated as described in Note C.

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Notes to Financial Statements**
**December 31, 2008**
(expressed in U.S. dollars)

NOTE G - FINANCIAL INSTRUMENTS AND RISK

In the normal course of its business, the Fund trades various financial instruments and enters into various financial transactions where the risk of potential loss due to market risk, currency risk, credit risk, liquidity risk and other risks can equal or exceed the related amounts recorded. The success of any investment activity is influenced by general economic conditions that may affect the level and volatility of equity prices, credit spreads, interest rates and the extent and timing of investor participation in the markets for both equity and interest rate sensitive investments. Unexpected volatility or illiquidity in the markets in which the Fund directly or indirectly holds positions could impair its ability to carry out its business and could cause losses to be incurred.

Market risk represents the potential loss that can be caused by increases or decreases in the fair value of investments.

Currency risk is the risk that the fair value of an investment will fluctuate because of changes in foreign exchange rates. Investments that are denominated in a non-U.S. currency are subject to the risk that the value of a particular currency will change in relation to one or more other currencies. Among the factors that may affect currency values are trade balances, the level of short-term interest rates, differences in relative values of similar assets in different currencies, long-term opportunities for investment and capital appreciation and political developments.

Credit risk represents the potential loss that would occur if counterparties fail to perform pursuant to the terms of their obligations. The Fund is subject to credit risk to the extent a custodian or broker with whom it conducts business is unable to fulfill contractual obligations.

Liquidity risk is the risk that the Fund will not be able to raise funds to fulfill its commitments, including inability to sell investments quickly or at close to fair value.

Short selling, or the sale of securities not owned by the Fund, expose the Fund to the risk of loss in an amount greater than the initial proceeds, and such losses can increase rapidly and in the case of equities, without effective limit. There is the risk that the securities borrowed by the Fund in connection with a short sale would need to be returned to the securities lender on short notice. If such request for return of securities occurs at a time when other short sellers of the subject security are receiving similar requests, a "short squeeze" can occur, wherein the Fund might be compelled, at the most disadvantageous time, to replace borrowed securities previously sold short with purchases on the open market, possibly at prices significantly in excess of the proceeds received earlier.

Currencies and securities and the issuers of securities are affected by, among other things: changing supply and demand, interest rates, merger activities, governmental laws, regulations and enforcement activities, trade, fiscal and monetary programs and policies, and national and international political and economic developments. The effect of such factors on exchange rates, interest rates, the prices of securities and commodity interests in general, or a particular currency, security or commodity interest, is difficult to predict. In addition, there is unpredictability as to change in general economic conditions, which may affect the profitability of the Fund's investment strategy.

The Fund invests a portion of its assets in securities of non-U.S. issuers. These types of investments entail risks in addition to those involved in investments in securities of domestic issuers. Investing in non-U.S. securities may represent a greater degree of risk than investing in U.S. securities. Non-U.S. securities also may be less liquid and more volatile than U.S. securities and may involve higher transaction and custodial costs.

The writer of a call option which is covered (e.g., the writer has a long position in the underlying instrument) assumes the risk of a decline in the market price of the underlying instrument below the value of the underlying

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Notes to Financial Statements**
**December 31, 2008**
(expressed in U.S. dollars)

### NOTE G - FINANCIAL INSTRUMENTS AND RISK (CONTINUED)

instrument less the premium received, and gives up the opportunity for gain on the underlying instrument above the exercise price of the option.  The seller of an uncovered call option assumes the risk of a theoretically unlimited increase in the market price of the underlying instrument above the exercise price of the option.  The buyer of a call option assumes the risk of losing its entire investment in the call option.  If the buyer of the call sells short the underlying instrument, the loss on the call will be offset, in whole or in part, by any gain on the short sale of the underlying instrument.

Options may be cash settled, settled by physical delivery or by entering into a closing transaction.  In entering into a closing purchase transaction, the Fund may be subject to the risk of loss to the extent that the premium paid for entering into such closing purchase transaction exceeds the premium received when the option was written.  In addition, the correlation between option prices and the prices of underlying securities may be imperfect and the market for any particular option may be illiquid at a particular time.

The Fund purchases and sells options on securities and financial indexes on national and international exchanges. The seller ("writer") of a put option which is covered (e.g., the writer has a short position in the underlying instrument) assumes the risk of an increase in the market price of the underlying instrument above the sales price (in establishing the short position) of the underlying instrument, plus the premium received, and gives up the opportunity for gain on the underlying instrument below the exercise price of the option.  The seller of an uncovered put option assumes the risk of a decline in the market price of the underlying instrument below the exercise price of the option.  The buyer of a put option assumes the risk of losing its entire investment in the put option.  If the buyer of the put holds the underlying instrument, the loss on the put will be offset in whole or in part by any gain on the underlying instrument.

### NOTE H - FINANCIAL HIGHLIGHTS

Financial highlights for the Fund for the year ended December 31, 2008 were as follows:

|  | Class A1 Series 1107 | Class A2 Series 01 | Class A3 Series 01 | Class B2 Series 01 | Class B3 Series 01 |
|---|---|---|---|---|---|
| Per share operating performance: |  |  |  |  |  |
| Net asset value - beginning of year | $ 1,006.11 | $ 1,268.01 | $ 1,036.32 | $ 1,268.01 | $ 1,250.67 |
| Income from investment operations: |  |  |  |  |  |
| Net investment loss | (20.12) | (7.30) | (20.71) | (7.30) | (25.03) |
| Net realized and unrealized loss on investment transactions | (81.08) | (102.53) | (83.53) | (102.53) | (100.77) |
| Total loss from investment operations | (101.20) | (109.83) | (104.24) | (109.83) | (125.80) |
| Net asset value - end of year | $ 904.91 | $ 1,158.18 | $ 932.08 | $ 1,158.18 | $ 1,124.87 |
| Percentages and supplemental data: |  |  |  |  |  |
| Total return | (10.06) % | (8.66) % | (10.06) % | (8.66) % | (10.06) % |
| **Ratio to average net assets:** |  |  |  |  |  |
| Operating expenses | 3.99 % | 2.47 % | 3.99 % | 2.47 % | 3.99 % |
| Net investment loss | (2.12)% | (0.61) % | (2.12)% | (0.61) % | (2.12)% |

**ARISTOS CAPITAL OFFSHORE FUND LTD.**
(a Cayman Islands exempted company)

**Notes to Financial Statements**
**December 31, 2008**
(expressed in U.S. dollars)

NOTE H - FINANCIAL HIGHLIGHTS (CONTINUED)

Total return and the financial ratios are calculated for a specific series of class outstanding throughout the year. An individual shareholder's return and its financial ratios may vary from these returns and ratios based on the timing of capital transactions.

NOTE I - DIRECTORS

The Fund has two Directors whom are independent of the Investment Manager. For their services, the Directors received an aggregate fee of $7,500 for the year ended December 31, 2008.