Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| DANIEL R. GOLDENSON, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Docket No. 2:10-CV-440-JAW |
| JOHN L. STEFFENS, et al., | ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF PATRICK E. CONROY, PH.D

1. My name is Patrick E. Conroy, Ph.D. I am a Senior Vice President at the National Economic Research Associates, Inc. ("NERA"). I have been retained by the Plaintiffs to provide forensic financial testimony in connection with the above-captioned action. I submit this Affidavit in connection with the Plaintiffs' Opposition to the Defendants' Motion to Strike the Plaintiffs' Supplemental Expert Designation of Dr. Patrick E. Conroy as Untimely.

2. As a condition to my services as an expert witness in this or in any other matter, I require access to information and data to support any opinions that I provide. Of particular importance to my opinions and data presentations in the instant matter are the so-called Preliminary Performance Estimates ("PPEs") and "Flash" Reports disseminated to investors in the various Spring Mountain funds.

3. On or about January 17, 2012, my office received a package from Alfred C. Frawley IV of the firm McCloskey, Mina and Cunniff, LLC. This package contained various financial reports relating to Spring Mountain Partners QP I, LP (the "QP I Fund") and Ascot Partners, LP, including various monthly PPEs, "Flash" Reports and Estimated Partnership Valuation/Returns ("EPV/Rs"). Most of the financial data relating to Spring Mountain funds

other than the QP I Fund had been redacted from the PPEs and "Flash" Reports. In addition, the documents provided simply did not contain PPEs, "Flash" Reports and/or EPV/Rs for many months between January 2007 and December 2008. Due this lack of information, I was unable to undertake a forensic analysis of the QP I Fund, Ascot Partners, LP or any other fund relating to the Defendants or J. Ezra Merkin at this time.

4. On or about April 3, 2012, my office received a second package from Mr. Frawley. This package included, among other things, Asset Under Management Reports, unredacted versions of the PPEs and "Flash" Reports that I had previously received, EPV/Rs for the missing months and work papers from Rothstein, Kass & Company, P.C's ("RKC") audits of various Spring Mountain funds, including the QP I Fund. PPEs and "Flash" Reports for the missing months were not included in this package.

5. On Friday April 27, 2012 my office received a third package of documents from Mr. Frawley. This package included, for the first time, the PPEs and "Flash" Reports that were missing for many months between 2007 and 2008, work papers pertaining to BDO USA, LLP's 2007 audit of Ascot Partners, LP and additional work papers supporting RKC's 2008 audit of various Spring Mountain funds, including papers directly related to these funds' exposure to the fraud perpetrated by Bernard Madoff. It was only upon my receipt of this third installment of documents that I possessed the documentation necessary to undertake the analysis described in my initial expert witness designation.

6. Between May 3, 2012 and May 11, 2012, I traveled to Miami, Florida and London, England in connection with various professional and business obligations relating to my work at NERA. As I was engaged on other business, I was unable to review and analyze the latest installment of documents provided in connection with this matter during this period.

Dated at New York, New York this 15 day of June, 2012.

*[signature]*

Patrick E. Conroy, Ph.D.
Senior Vice President
NERA
1166 Avenue of the Americas
New York, New York 10036

State of New York
New York County, ss

Personally appeared the above-named Patrick E. Conroy, Ph.D before me this 15 day of June, 2012 and made oath that the above-stated facts are true upon his own knowledge, information or belief and, so far as they are state upon information and belief, he swears that he believes them to be true.

*[signature: Ann Marie Camera]*
Notary Public

ANN MARIE CAMERA
Notary Public, State of New York
No. 5003154
Qualified in New York County
Commission Expires October 19, 2014

3