UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Docket No. 2:10-CV-440-JAW |
| ) | |
| JOHN L. STEFFENS, et al., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF ALFRED C. FRAWLEY IV IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL EXPERT DESIGNATION OF DR. PATRICK E. CONROY**

I, **ALFRED C. FRAWLEY IV, ESQUIRE**, hereby declare under penalty of perjury, pursuant to 28 U.S.C § 1746, that the following is true and correct to the best of my knowledge, information and belief:

1. I am an Associate Attorney with the law firm McCloskey, Mina and Cunniff, LLC, attorneys for the Plaintiffs in the above-captioned action. I am an attorney licensed and in good standing to practice before this Court. I submit this Declaration in support of the Plaintiffs' Opposition to the Defendants' Motion to Strike the Plaintiffs' Supplemental Expert Designation of Dr. Patrick E. Conroy as Untimely (the "Plaintiffs' Opposition").

2. Attached as Exhibit C to the Plaintiffs' Opposition is a true and correct copy of the Plaintiffs' Second Request for the Production of Documents, which the Plaintiffs served on the Defendants on February 9, 2012.

3. On or about February 16, 2012, the Defendants produced unredacted Preliminary Performance Estimates ("PPEs") and "Flash" Reports only for months which had already been produced by were redacted, rather than for all months between 2007 and 2008, many of which

had not been produced at all. Consequentially, the Plaintiffs were still missing many of the PPEs and "Flash" Reports that Dr. Conroy needed to form his opinions.

4. On or about March 16, 2012, after they filed a motion to compel in the Southern District of New York, the Plaintiffs received a complete set of monthly Estimated Partnership Valuation/Returns for the years 2007 and 2008 depicting the positions of various Spring Mountain funds, including Spring Mountain Partners QP I Fund, LP (the "QP I Fund"), in Ascot Partners, LP, Ascot Fund Limited, Gabriel Capital, LP and Ariel Fund Limited pursuant to a subpoena the Plaintiffs served on J. Ezra Merkin on December 8, 2011. Among these documents were the Estimated Partnership Valuation/Returns that the Defendants represented were "misplaced or lost" to the Court and the Plaintiffs. *See Defs.' Opp. to Pls.' Mot. for Protection and for Order to Show Cause as To Why Sanctions Should Not Be Imposed* at 3 (Docket No. 88).

5. On or about March 27, 2012, the Plaintiffs received Rothstein, Kass & Company, P.C.'s ("RKC") first production of work papers relating to its audits of various Spring Mountain funds, including the QP I Fund, pursuant to a subpoena the Plaintiffs served on RKC on February 21, 2012. That evening, I asked John Bonelli at RKC about a folder entitled "SMC Control File – Madoff Exposure Folder" that I saw referenced in RKC's production but that was not produced. Mr. Bonelli promptly informed me that he would locate and produce this folder as soon as possible.

6. On or about March 29, 2012, the Plaintiffs received a complete set of monthly Asset Under Management ("AUM") Reports for the years 2007 and 2008 pursuant to the Plaintiffs' First Request for the Production of Documents, served on the Defendants on September 16, 2011. These AUM Reports related to all of the Spring Mountain funds, including the QP I Fund. Prior to this production, the Defendants had only produced a single, redacted

AUM Report. The Defendants did not produce any PPEs or "Flash" Reports along with the AUM Reports. On March 30, 2012, therefore, I sent an e-mail to James T. Kilbreth, counsel for the Defendants, outlining the PPEs and "Flash" Reports that the Plaintiffs were still missing. A copy of my e-mail is attached to the Plaintiffs' Opposition as Exhibit D.

7. Once I completed my analysis and review of the documents described in paragraphs 2-5, I sent the relevant portion of these documents to Patrick E. Conroy, Ph.D. on or about April 2, 2012.

8. On or about April 11, 2012, the Plaintiffs received work papers relating to BDO USA, LLP's 2007 audits of Gabriel Capital, LP, Ascot Partners, LP, Ascot Fund Limited and Ariel Fund Limited pursuant to a subpoena the Plaintiffs served on February 21, 2012.

9. On or about April 11, 2012, I received an email from David Spears, counsel for the Defendants, informing me that the Defendants had been reviewing RKC's second production of documents for "privilege." The Plaintiffs immediately objected to this practice. A copy of this e-mail is attached to the Plaintiffs' Opposition as Exhibit E.

10. On or about April 18, 2012, the Plaintiffs received RKC's second production of documents pursuant to the Plaintiffs' subpoena. This production consisted of two folders: 1) an "SMC Control File – Madoff Exposure" and 2) an "SMC Control File – 2008 Control File (from PPC)."

11. On or about April 23, 2012, the Plaintiffs received approximately 4,500 pages of documents from the Defendants pursuant to the Plaintiffs' First Request for the Production of Documents. Among these documents were 62 pages relating directly to management and performance fees paid to the Defendants.

3

12. On or about April 24, 2012, the Plaintiffs received approximately 36,000 pages of documents from the Defendants pursuant to the Plaintiffs' February 9, 2012 Second Request for the Production of Documents. These documents, *inter alia*, included the missing PPEs and "Flash" Reports, communications concerning transfers of investments in late 2008, federal tax returns and supporting documents and thousands of pages of communications concerning Bernard Madoff.

13. Once I completed my analysis and review of the documents described in paragraphs 8 and 10-12, I sent the relevant portion of these documents to Dr. Conroy on or about April 26, 2012.

14. On or about May 2, 2012, the Plaintiffs deposed J. Ezra Merkin. During this deposition, Mr. Merkin confirmed the accuracy of Exhibit 18 to NYSCEF Doc. No. 136-3, Index No. 450879/2009. I sent this exhibit to Dr. Conroy on or about May 4, 2012.

Dated at Portland, Maine this 18th day of June, 2012.

_____
Alfred C. Frawley IV

Attorney for the Plaintiffs
MCCLOSKEY, MINA & CUNNIFF, LLC
12 City Center
Portland, Maine 04101
(207) 772-6805