Exhibit D

**Alfred Frawley**

___

| | |
|---|---|
| From: | Alfred Frawley |
| Sent: | Friday, March 30, 2012 6:22 PM |
| To: | 'Kilbreth, James' |
| Cc: | 'David Spears'; 'Michelle Skinner'; Thimi R. Mina; Jay P. McCloskey |
| Subject: | Supplemental List of Reports |

Jaime,

After reviewing the Defendants' production pursuant to the Court's order, the following is a list of monthly reports the Plaintiffs still seek pursuant to their Second Document Request:

**Preliminary Performance Estimates:**
Spring Mountain Overseas I Limited: 6/08, 7/08, 8/08, 9/08, 12/08
Spring Mountain Capital Alternative Strategies Fund Limited:1/07, 2/07, 3/07, 4/07, 5/07, 6/07, 7/07, 8/07, 9/07, 10/07, 11/07, 12/08
Spring Mountain Capital Alternative Strategies Fund, LLC: 1/07, 2/07, 3/07, 4/07, 5/07, 6/07, 7/07, 8/07, 9/07, 10/07, 11/07, 6/08, 7/08, 8/08, 9/08, 12/08
Spring Mountain Capital Leveraged Fund, LLC: 2/07, 8/07, 9/07, 10/07, 11/07
Spring Mountain Capital Leveraged Fund Limited: 2/07, 8/07, 9/07, 10/07, 11/07, 6/08, 7/08, 8/08, 9/08, 12/08
Spring Mountain Capital Centigrade Fund Limited: 1/07, 2/07, 3/07, 4/07, 5/07, 6/07, 7/07, 8/07, 9/07, 10/07, 11/07, 2/08, 3/08, 4/08, 5/08, 6/08, 7/08, 8/08, 9/08, 12/08
Spring Mountain Capital Reserve II, L.P.: 1/07, 2/07, 3/07, 4/07, 5/07, 6/07, 7/07, 8/07, 9/07, 10/07, 11/07, 2/08, 3/08, 4/08, 5/08, 6/08, 7/08, 8/08, 9/08, 12/08
Citco Global-Brymar: all except 6/08

**Individual Flash Reports:**
Spring Mountain Overseas I Limited: 7/08, 8/08, 9/08, 10/08, 11/08, 12/08
Spring Mountain Capital Alternative Strategies Fund Limited: all except 1/07, 4/07
Spring Mountain Capital Alternative Strategies Fund, LLC: all except 1/07, 4/07
Spring Mountain Capital Leveraged Fund, LLC: all except 7/07, 2/08, 8/08, 10/08, 12/08
Spring Mountain Capital Leveraged Fund Limited: all except 7/07, 2/08
Spring Mountain Capital Centigrade Fund Limited: 3/07, 4/07
Spring Mountain Capital Reserve II, L.P.: all except 3/07, 4/07, 10/08, 11/08, 12/08
Citco Global-Brymar: all

As I reserved the right to do, the above is intended as a supplement to my proposal for narrowing down the scope of the Plaintiffs' second document request. You now have a complete list of the types of documents the Plaintiffs continue to seek. We look forward to speaking with you on April 5th.

Al

Alfred C. Frawley IV
McCloskey, Mina & Cunniff, LLC

1

12 City Center
Portland, Maine 04101

www.lawmmc.com

Voice: (207) 772-6805
Fax: (207) 879-9374

CONFIDENTIALITY NOTICE: This e-mail message and any attachment is intended solely for the addressee. The message and/or attachment may contain confidential and privileged information. If you are not the intended recipient of this message, you must not read, use, retain or disseminate the information. Instead, please notify the sender and delete the message and any attachment from your system. The sender does not waive confidentiality or privilege by mistransmission. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with the United States Treasury Department's regulations, unless otherwise indicated in writing, any recipient of the above communication is on notice that any United States Federal tax advice contained herein (including any attachments) is not intended or written to be used, and cannot be used, to: (1) avoid penalties under the Internal Revenue Code or applicable state and local provisions or (2) promote, market or recommend to another party any tax-related matters addressed herein.