information. If you are not the intended recipient of this message, you must not read, use, retain or disseminate the information. Instead, please notify the sender and delete the message and any attachment from your system. The sender does not waive confidentiality or privilege by mistransmission. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with the United States Treasury Department's regulations, unless otherwise indicated in writing, any recipient of the above communication is on notice that any United States Federal tax advice contained herein (including any attachments) is not intended or written to be used, and cannot be used, to: (1) avoid penalties under the Internal Revenue Code or applicable state and local provisions or (2) promote, market or recommend to another party any tax-related matters addressed herein.

**From:** David Spears [mailto:dspears@spearsimes.com]
**Sent:** Wednesday, April 11, 2012 1:09 PM
**To:** Alfred Frawley; Thimi R. Mina; Jay P. McCloskey
**Cc:** Michelle Skinner; Max C. Nicholas; James Kilbreth (jkilbreth@dwmlaw.com)
**Subject:** Rothstein Kass production

We just reviewed Rothstein Kass's proposed second production to you for privilege, and we discovered that the materials contain the names of individual investors. We ask you to agree that we can redact information identifying investors from those materials before they are produced. If you will not agree, we intend to seek a protective order. In addition, to the extent that the earlier production by RK had investor info in it, we ask that you return those materials to RK or us so that we can redact that info. Please let me know your response as soon as possible.

David Spears
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Direct: (212) 213-6991
Fax:   (212) 213-0849
dspears@spearsimes.com


*******************************************************************
The information (including any attachments) contained in this electronic message is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (212) 213-6996.

The information contained in this electronic mail message is privileged and confidential and is or may be protected by the attorney-client privilege, the work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. The sender of this electronic mail message intends to preserve the confidentiality of the enclosed information and does not waive any applicable privilege or protection from disclosure. Thank you.
*******************************************************************
The information (including any attachments) contained in this electronic message is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended

recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (212) 213-6996.

The information contained in this electronic mail message is privileged and confidential and is or may be protected by the attorney-client privilege, the work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. The sender of this electronic mail message intends to preserve the confidentiality of the enclosed information and does not waive any applicable privilege or protection from disclosure. Thank you.