UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON,<br>SUZANNE K. GOLDENSON,<br>SKG PARTNERS, L.P., and<br>SKG GENERAL CORP.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN L. HO, GREGORY P. HO,<br>SPRING MOUNTAIN CAPITAL GP, LLC,<br>SPRING MOUNTAIN CAPITAL, LP, and<br>SPRING MOUNTAIN CAPITAL, LLC,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)　Case No. 10-CV-440 (JAW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND WITHDRAWAL OF
LOCAL RULE 44 OBJECTIONS**

Defendants John L. Steffens, Gregory P. Ho, Spring Mountain Capital, G.P., LLC, Spring Mountain Capital, LP and Spring Mountain Capital, LLC, by and through their undersigned counsel, and Plaintiffs Daniel R. Goldenson, Suzanne K. Goldenson, SKG Partners, L.P., and SKG General Corp., by and through their undersigned counsel, hereby agree to withdraw their Objections to the Identification of Records Pursuant to Local Rule 44 filed June 4, 2012 (Dkt. 139 and 140) and stipulate that documents identified by Declarations of the Custodian of Records or Qualified Person are self-authenticated under Fed. R. Evid. 902(11). The parties so stipulate with the understanding that they reserve the right to object to the admissibility into evidence of any of the identified documents on the grounds that they do not meet the requirements of Fed. R. Evid. 803(6), or on any grounds other than authenticity.

| | |
|---|---|
| SPEARS & IMES LLP | MCCLOSKEY, MINA & CUNNIFF, LLC |
| /s/ David Spears | /s/ Alfred C. Frawley IV |
| David Spears | Jay P. McCloskey |
| Michelle Skinner | Thimi R. Mina |
| Max Nicholas | Alfred C. Frawley IV |
| 51 Madison Avenue | 12 City Center |
| New York, NY 10010 | Portland, Maine 04101 |
| (212) 213-6996 | (207) 772-6805 |
| | |
| DRUMMOND WOODSUM | *Counsel for Plaintiffs* |
| /s/ James T. Kilbreth | |
| James T. Kilbreth | |
| 84 Marginal Way | |
| Portland, Maine 04101 | |
| (207) 253-0555 | |
| | |
| *Counsel for Defendants* | |

SO ORDERED: _____