UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 10-CV-440 (JAW) |
| JOHN L. STEFFENS, et al., | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF MAX NICHOLAS IN SUPPORT OF
DEFENDANTS' RESPONSE TO PLAINTIFFS' APPEAL OF
THE MAGISTRATE JUDGE'S DECISION ON PLAINTIFFS' MOTION TO COMPEL**

Max Nicholas, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am associated with Spears & Imes LLP, counsel for Defendants John L. Steffens, Gregory P. Ho, Spring Mountain Capital, G.P., LLC, Spring Mountain Capital, LP, and Spring Mountain Capital, LLC.

2. Attached as Exhibit A is a copy of Defendants' Objections to Plaintiffs' Second Request for Documents, dated March 12, 2012.

3. Attached as Exhibit B is a copy of the Declaration of David Spears in Opposition to the Motion to Compel the Production of Documents from Simpson Thacher & Bartlett LLP, dated March 19, 2012, filed in the United States District Court for the Southern District of New York, No. 1:12-mc-00068-P1 (Dkt. No. 22).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of July, 2012, at New York, New York.

/s/ Max Nicholas
Max Nicholas