UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 2:10-cv-00440-JAW |
| ) | |
| JOHN L. STEFFENS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON LOCAL RULE 56(h) CONFERENCE**

Following the Local Rule 56(h) conference on July 6, 2012, the Court ORDERS the Amended Scheduling Order further amended to establish July 27, 2012 as the date for the filing of Defendants' contemplated *Daubert/Kumho* motions, August 17, 2012 for the Plaintiffs' response, and August 24, 2012 for the Defendants' reply. If upon review of the submissions, the Court determines that it would benefit from a testimonial hearing from one or more expert, the Court will set a conference of counsel to discuss the logistics of such a hearing.

The Court ORDERS the dispositive motion deadlines stayed until the resolution of the *Daubert/Kumho* motions. Upon issuance of the Order on the admissibility of expert testimony, the Court will confer with counsel and establish the deadlines for the filing of the dispositive motion, response, and replies and to set a deadline before the filing of the dispositive motion for the Plaintiffs to notify the Court and counsel as to whether they intend to proceed on all counts. Finally, the

Court informed counsel that Local Rule 56(g) will apply to any facts submitted under the statements of material fact pursuant to the motion, but if counsel wished to clarify that this provision of the Local Rules is applicable to a particular statement, they were free to do so.

    SO ORDERED.

                                                                       /s/ John A. Woodcock, Jr.
                                                                       Chief U.S. District Judge