UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No. 10-CV-440 (JAW) |
| JOHN L. STEFFENS, et al., | ) ) ) |
| Defendants. | ) |

### DECLARATION OF MICHELLE SKINNER

Michelle Skinner, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an associate of Spears & Imes LLP, counsel for Defendants John L. Steffens, Gregory P. Ho, Spring Mountain Capital, G.P., LLC, Spring Mountain Capital, LP, and Spring Mountain Capital, LLC.

2. Attached as Exhibit A is a copy of Plaintiffs' Designation of Robert A. Strong, Ph.D., CFA.

3. Attached as Exhibit B is a copy of a letter from Daniel Goldenson to the Honorable Louis L. Stanton, dated December 17, 2008.

4. Attached as Exhibit C is a copy of Defendants' Expert Witness Designation.

5. Attached as Exhibit D is the Second Declaration of Lucianne Painter, dated February 28, 2012.

6. Attached as Exhibit E is the Confidential Offering Memorandum of Eagle Yield LLC, dated March 14, 2002.

7. Attached as Exhibit F is the Confidential Information Memorandum for ML Blackrock Municipal Multi-Strategy Fund LLC, dated February 28, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of August, 2012, at New York, New York.

/s/ Michelle Skinner  
Michelle Skinner