2.  Robert A. Strong, Ph.D., CFA
    Professor of Finance
    University of Maine
    5723 Donald F. Corbett Hall
    Orono, Maine 04469

Dr. Strong is the University of Maine Foundation Professor of Investment Education and Professor of Finance at the University of Maine. He received his Bachelor of Science in engineering from the United States Military Academy at West Point, his Master of Science degree in business administration from Boston University and his Ph.D. in finance from Penn State University. Dr. Strong has been on the faculty of the University of Maine since 1983. He has also been a visiting professor of finance at Harvard University, where he served as the Deputy Director of the Summer Economics Program from 1997 to 1999. He is also a Chartered Financial Analyst. Dr. Strong has authored several books on investments, portfolio management and derivatives. Three of his textbooks have been used in courses of study at over 100 national and international universities. He has also published many articles dealing with topics in investment and finance.

Dr. Strong has acted as a consultant on risk management and asset valuation on behalf of several private and public entities including Eastern Maine Healthcare, Bangor Hydro Electric Company, Maine and Maritimes Corporation, Acclaim Systems, the CFA Institute, Orono Spectral Solutions, Footwear Industries of America, Cadillac Mountain Sports, the Maine State Police, the Maine Forest Service and Texas Instruments. He has been a conference speaker for the Chicago Board Options Exchange, the Chicago Board of Trade and the American Stock Exchange. Dr. Strong's *Curriculum Vitae*, including a list of all of his publications over the past 10 years, is attached hereto as Exhibit C. Dr. Strong has also testified as an expert before courts

and tribunals as well as at depositions. A list of his expert witness appearances, including any over the past 4 years, is attached as Exhibit D.

Dr. Strong is offered as an expert on asset valuation and risk management. Dr. Strong is expected to testify that based on his review of Daniel and Suzanne Goldenson's investment portfolio at Merrill Lynch as it existed on November 30, 2001, their assets were overwhelming placed in Aaa and Aa tax free municipal bonds, an investment strategy that he characterizes as conservative in nature. Dr. Strong will further testify that, based on his knowledge and experience, tax free municipal bonds are ordinarily regarded as an illiquid investment and investment advisors typically promote them as long-term investments that are not normally liquidated prior to their maturity. Dr. Strong will reconstruct the Goldensons' municipal bond investments between January 1, 2002 and the present based on the assumption that they would have continued to invest in municipal bonds and that they would have purchased those bonds on the same schedule and in the same amounts as they purchased interests in the Ascot Fund. Specifically, Dr. Strong will schedule the Goldensons' investments in tax free municipal bonds over that time period using historic performance data from Mergent, Inc. for both Aa and Aaa municipal bonds. Dr. Strong's calculations based on the Goldensons' purchase of Aaa tax free municipal bonds are as follows:

| Date of Investment | Amount of Investment | Aaa Municipal Bond Rate | 1 Feb 2012 Projected Value (semi-annual compounding) |
|---|---|---|---|
| January 2002 | ▮ | 5.05% | ▮ |
| September 2002 | ▮ | 4.58% | ▮ |
| October 2006 | ▮ | 3.91% | ▮ |
| November 2006 | ▮ | 3.81% | ▮ |
| December 2006 | ▮ | 3.76% | ▮ |
| | | Total | ▮ |

Dr. Strong's calculations based on the Goldensons' purchase of Aa tax free municipal bonds are as follows:

| Date of Investment | Amount of Investment | Aa Municipal Bond Rate | 1 Feb 2012 Projected Value (semi-annual compounding) |
|---|---|---|---|
| January 2002 | ▮ | 5.09% | ▮ |
| September 2002 | ▮ | 4.64% | ▮ |
| October 2006 | ▮ | 4.18% | ▮ |
| November 2006 | ▮ | 4.06% | ▮ |
| December 2006 | ▮ | 3.99% | ▮ |
| | | Total | ▮ |

Dr. Strong will be compensated at the hourly rate of $235.

10