To The Clerk of The Court:
Please docket and place
this document in the public file,

**Daniel R. and Suzanne K. Goldenson**
68 Keene Narrows Road
Bremen, ME 04551
(617)945-4466

LLS 12/29/08
Louis L. Stanton
U.S.D.J

08 Civ. 10791

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/08

December 17, 20087

The Honorable Louis L. Stanton, Federal Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>Extension of SIPC Protection to Madoff "Feeder Fund" Investors</u>

<u>Certified Mail, Return Receipt Requested</u>

Dear Judge Stanton:

My wife and I have lost well over half of our assets-- $2,500,000—, including <u>all of our IRA funds built up over a 45 year career</u>, through investments in the Ascot Fund, a 100% Madoff feeder fund. We entered Ascot beginning in 2001, letting the funds roll over year after year for retirement, <u>but paying taxes along the way as if the earnings were real. Now we learn neither the earnings not the principal are there for us.</u>

We ask that you broaden access to SIPC to <u>any</u> investor whose money ended up with Madoff, directly or via a feeder fund like the Ascot Fund. We are truly all in the "same boat," and access to the $500,000 insurance would go a long way to help people like ourselves <u>restore our lives, often on the doorstep of retirement.</u>

Ascot, as I am sure you know, has been run by J. Ezra Merkin, a close friend of Bernard Madoff, who has also been a prominent New Yorker and is Chairman of GMAC, a noted philanthropist, and a similar money manager. His credentials had been substantial, and we were directed to his fund by former vice-chairman of Merrill Lynch, John J. Steffens.

All of our investments came from Merrill Lynch or Smith Barney, and were wired from our regular account and IRA accounts to Morgan Stanley & Co. for the benefit of Ascot Fund. All this money, we learned this week, went out the back door to Mr. Madoff. Mr. Merkin sent a letter to investors advising them of their "tragic loss."

The SIPC guidelines are quite strict about eligible coverage, but in this devastating case we feel it is appropriate to broaden investor eligibility beyond direct investments in Madoff's security company to include comparable investments that "his agents" collected for him through other parallel funds. These individuals who gathered Madoff's pool of money clearly aided and abetted Madoff to carry on his scheme for so many years by

providing fresh money to him, month after month. It was the perfect formula to maintain a Ponzi scheme.

In the case of Merkin's Ascot Fund, they collected a fee of about 20% of the fictitious "earnings" which Ascot reported to its investors, but did absolutely nothing to manage the funds or protect and diversify our investments, as called for in the prospectus. We were never, ever told that 100% of our money was going to Madoff's firm. We never heard his name until this week. Madoff and Merkin worked hand in hand.

My wife and I have spent a lifetime working hard and raising a family, now with grandchildren, and neither of us enjoyed any inherited wealth. I was a publisher of educational and medical books, and my wife was a writer and publicist. We never conceived that almost all our money could be stolen in this fashion, right before our eyes, as we received audited statements from a top international firm, BDO Seidman, L.P.

Please consider broadening access to SIPC for all individuals who lost so much or all of their life savings. Giving relief just to the direct customers of Madoff's firm leaves out all those who are in the identical boat, because they invested with Madoff's 100% feeder funds, like Ascot. This was an intertwined system of deceit and theft within our financial markets that has left retirees like ourselves having to sell our homes and raise money any way we can.

The entire financial system failed us—the federal regulatory agencies, the independent audit firms, and the dishonest money managers who used the security accounts and wire system of primary investment institutions.

Thank you so much for your consideration.

Sincerely,

*[signature]*

Daniel R. Goldenson

# GABRIEL CAPITAL GROUP

450 Park Avenue
New York, NY 10022
TELEPHONE 212 838-7200
FACSIMILE 212 838-9603

TO: MS. SUZANNE GOLDENSON
(617) 491-2781

(207) 529-4130

FROM: MICHAEL J. ACHILARRE

DATE: NOVEMBER 4, 2008

RE: **ESTIMATED PARTNERSHIP VALUATION / RETURN**

The estimated net value of your partnership interest in Ascot Partners, L.P. is as follows:

|  | 1/1/08 Balance | 10/31/08 Balance | YTD % |
|---|---|---|---|
| **Ascot Partners, L.P.** |  |  |  |
| SKG PARTNERS, L.P. | $1,673,191 | $1,719,731 |  |
| GOLDENSON IRA | $369,692 | $375,042 |  |
| GOLDENSON IRA - 10/1/06 | $44,778 | $47,672 | 6.5% |
| SKG PARTNERS, L.P. - 1/1/07 | $272,897 | $290,536 | 6.5% |
| SUZANNE GOLDENSON IRA - 1/1/07 | $94,119 | $100,203 | 6.5% |