# Verrill Dana$_{LLP}$

Attorneys at Law

JAMES T. KILBRETH
SENIOR COUNSEL
jkilbreth@verrilldaria.com
Direct: 207-253-4600

ONE PORTLAND SQUARE
PORTLAND, MAINE 04112-0586
207-774-4000 • FAX 207-774-7499
www.verrilldana.com

March 19, 2012

**VIA ELECTRONIC MAIL & U.S. MAIL**
Thimi R. Mina, Esq.
McCloskey, Mina & Cunniff, LLC
12 City Center
Portland, ME 04101

      RE:   *Goldenson, et al. v. Steffens, et al.*
              United States District Court Docket No. 10-CV-00440-JAW

Dear Thimi:

      Enclosed please find the Defendants' Expert Witness Designation.

Very truly yours,

James T. Kilbreth

JTK/mtr
Enclosure
cc:   Jay P. McCloskey, Esq. (By Electronic and U.S. Mail)
      Alfred C. Frawley IV, Esq. (By Electronic and U.S. Mail)
      David Spears, Esq. (By Electronic and U.S. Mail)
      Michelle Skinner, Esq. (By Electronic and U.S. Mail)

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DANIEL R. GOLDENSON, et al.,          )
                                      )
                    Plaintiffs,       )
                                      )
v.                                    )     Case No. 10-CV-440 (JAW)
                                      )
JOHN L. STEFFENS, et al.,             )
                                      )
                    Defendants.       )

## DEFENDANTS' EXPERT WITNESS DESIGNATION

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, this Court's

Scheduling Order, and the Report of Hearing and Order Re: Discovery and Scheduling, dated

February 6, 2012, defendants' hereby provide this designation of expert witness testimony.

1.    Sonia M. Brooks
      Certified Public Accountant
      153 Hope Avenue
      Portland, ME 04103

Sonia M. Brooks is a certified public accountant who manages financial and accounting

functions for businesses and individuals including development of financial statements, profit

and cash flow analysis, and investment performance monitoring. Previously Ms. Brooks was a

tax manager at Baker, Newman & Noyes for over ten years where she was responsible for all

aspects of tax planning and compliance for more than 350 individual and corporate accounts. A

copy of Ms. Brooks' curriculum vitae is attached.

Ms. Brooks is offered as an expert on the investment losses and gains incurred by the

plaintiffs during the period relevant to this proceeding in a number of investment funds,

including Summit Private Investments II, Summit Private Investments Plus, Blackrock LLC,

series A, and Eagle Trading Systems, Inc. Ms. Brooks is expected to opine that:

1. The plaintiffs made investments of ██████ and ██████ in January 2007 and March 2008, respectively, in Summit Private Investments Plus, a fund managed by Summit Investment Partners, and they redeemed those investments in full in December 2008 for ██████, a loss of ██████. They also made investments of ██████ and ██████ in Summit Private Investments II in April 2005 and September 2006 and redeemed those investments in four (4) installments in March 2008, June 2008, September 2008, and December 2008 totaling ██████. In total, plaintiffs lost ██████ in their two Summit investments.

2. The plaintiffs made investments through Merrill Lynch of ██████ and ██████ in October 2003 and December 2003, respectively, in Blackrock LLC, series A, and they redeemed those investments in April 2004. In total, plaintiffs lost ██████ in their investments in Blackrock.

3. In December 2002, the plaintiffs made an investment of ██████ in a fund managed by Eagle Trading Systems, Inc. and they redeemed that investment in November 2003. In total, plaintiffs gained ██████ from their investments in Eagle Trading Systems.

The bases for these opinions are the account statements and related documents of Summit Investment Partners, Merrill Lynch, and Eagle Trading Systems, which Ms. Brooks received from Defendants' counsel, and Ms. Brooks' training and experience.

Ms. Brooks is being compensated at the rate of $125/hour. Ms. Brooks has not published any articles nor has she previously testified at trial or by deposition.

2

Dated: March 19, 2012

By: James T. Kilbreth

Verrill Dana LLP
PO Box 586
One Portland Square
Portland, ME 04112-0586
Tel: (207) 774-4000
Fax: (207) 774-7499
E-mail: jkilbreth@verrilldana.com

David Spears (pro hac vice)
Michelle Skinner (pro hac vice)
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Tel: (212) 213-6996
Fax: (212) 213-0849

Attorneys for Defendants

3792935_1

3

# SONIA M. BROOKS

153 Hope Avenue • Portland, ME 04103 • (207) 415-4668 • sbrooks2@maine.rr.com

## EXPERIENCE

### SONIA M. BROOKS, CPA – July 2009 – present

- Manage financial and accounting functions for businesses and individuals. Services include operations reporting, development of financial statements, profit and cash flow analysis, investment performance monitoring, management of loans and lines of credit.
- Serve as liaison for banks, customers and vendors, auditors and tax accountants, reporting directly to owner, president and/or board members.
- Assist in preparation of operating budgets.
- Monitor results and advise on variances, their potential causes and corrective actions.

### BAKER NEWMAN & NOYES – January 1998 - March 2007, March 2008 - July 2009
*Tax Manager*

- Managed more than 350 individual and corporate accounts with responsibility for all aspects of tax planning and compliance.
- Consistently exceeded profit realization standards  while serving as primary client contact.
- Provided business management consulting, including general accounting and short- and long-term planning strategies.
- Evaluated and mentored junior staff.

### THE WOODLANDS CLUB – March 2007 - March 2008
*Controller*

- Ensured financial controls on various accounts, including A/P, A/R and payroll functions.
- Coordinated month-end closing process, making necessary adjustments to cost centers
- Prepared and finalized consolidated financial statements.
- Produced monthly financial package for presentation to Finance Committee.
- Gathered, compiled and analyzed information for $6M annual budget. Updated budget to account for results and changes in forecasts.

### PREVIOUS POSITIONS

Product Specialist &Trainer for Healthsource Maine, Customer Service Representative for LL Bean, Account Representative for Coastal Computer, Commercial Lending Assistant & Human Resource Specialist for Casco Northern Bank

## EDUCATION

Bachelor of Science in Business Management/Administration, Economics & Accounting Concentration, University of Southern Maine, Portland - 1990

## PROFESSIONAL LICENSES & AFFILIATIONS

CERTIFIED PUBLIC ACCOUNTANT
(Passed all 4 parts of exam on first sitting)
September 2000, Maine License #CP2850

Member of the American Institute of Certified Public Accountants
Member of the Maine State Society of Certified Public Accountants
Former Board Member & Treasurer of The Children's Center
Former Assistant Treasurer, World Affairs Council
Volunteer for and participate in various athletic-based fund raising events to support diabetes, heart disease and cancer research efforts.