UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL R. GOLDENSON, <br> SUZANNE K. GOLDENSON, <br> SKG PARTNERS, L.P., and <br> SKG GENERAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN L. STEFFENS, GREGORY P. HO, <br> SPRING MOUNTAIN CAPITAL GP, LLC, <br> SPRING MOUNTAIN CAPITAL, LP, and <br> SPRING MOUNTAIN CAPITAL, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 10-CV-440 (JAW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**SECOND DECLARATION OF LUCIANNE PAINTER**

Lucianne Painter hereby declares under 28 U.S.C. § 1746 as follows:

1. I am a Managing Director of Spring Mountain Capital, LP ("SMC"). I submit this Second Declaration in support of Defendants' Motion For A Protective Order Relating To Plaintiffs' Second Request For The Production Of Documents And Things. The facts I set forth in this Declaration are based upon information I have learned through my employment at SMC from September 2001 to the present.

2. The SKG Partners, LP ("SKG") investment in Spring Mountain Partners QP I, LP ("QP I Fund") amounted to [redacted], which was contributed in stages in 2001 through 2003. Of that [redacted], [redacted] was invested in the hedge fund portion of the QP I Fund and [redacted] was invested in the private equity portion of the QP I Fund.

3. SKG has received a total of [redacted] in redemptions and distributions from the hedge fund portion of the QP I Fund and a total of [redacted] in distributions from the

private equity portion of the QP I Fund. Total redemptions and distributions equal ███.

4. SKG still has a remaining undistributed value in the QP I Fund of approximately ███.

5. The total of the redemptions, distributions, and remaining undistributed value detailed above is ███.

6. Spring Mountain has estimated the amount of Madoff-related losses experienced by the QP I Fund from its investments in Ascot Partners, L.P. and Gabriel Capital, L.P. to have been ███. SKG's estimated pro rata share of that amount was ███.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2012 in New York, New York.

Lucianne Painter