**Merrill Lynch** — PRIORITY CLIENT CMA® ACCOUNT

Total Account Value As Of 10/31/2001

YOUR FINANCIAL CONSULTANT:

SUZANNE K GOLDENSON

Your Merrill Lynch Office:

FOR CUSTOMER SERVICE QUESTIONS: 1-800-MERRILL (1-800-637-7455)

## Monthly Portfolio Summary

| Asset | 09/28/01 Value | % | 10/31/01 Value | % |
|---|---|---|---|---|
| Cash/Money Accounts | | | | |
| CD's/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | | | | |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |
| **Long Market Value** | | | | |
| Short Market Value | | | | |
| Estimated Accrued Interest | | | | |
| Debit Balance | | | | |
| **Net Portfolio Value** | | | | |

## Income Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Tax-Exempt Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | | |
| Income Not Reported | | |
| **Total** | | |

### Items for Attention

| Security | Message | Date |
|---|---|---|
| | No Items For Attention | |

Purchasing Power

### Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | | | |
| Three-Month Treasury Bills | | | |
| Long-Term Treasury Bonds | | | |

## NEWS

Did you order your personalized deposit slips? Personalized deposits are free and easy to use. Whether you prefer to make a deposit by visiting your branch office or by mailing it in, personalized deposit slips make it simpler and more convenient. Call 1-800-MERRILL (637-7455) to place your order today!

+ PLEASE SEE REVERSE SIDE

