# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

**DANIEL R. GOLDENSON**, et al.,

      Plaintiffs,

      **v.**

**JOHN L. STEFFENS**, et al.,

      Defendants.

)
)
)
)
)
)
)
)
)

Docket No. 2:10-CV-440-JAW

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND ARGUMENTS RELATING TO INDEMNIFICATION OF DEFENDANTS' LEGAL FEES BY QP I AND PRIOR REPRESENTATION OF SPRING MOUNTAIN BY SIMPSON THACHER

# EXHIBIT F

..., Legal invoices, different months are bookmarked.

...,/S1,211, Legal fees memo, for tested procedures



SPRING MOUNTAIN CAPITAL

65 East 55th Street
33rd Floor
New York, NY 10022

| Summary | |
|---|---|
| 15,797 | pg 1 |
| 128,354 | pg 2 |
| 36,114 | pg 17 |
| 31,820 | pg 18 |
| 69,161 | pg 19 |
| 73,121 | pg 30 |
| 64,359 | pg 50 |
| 51,401 | pg 73 |
| 25,133 | pg 76 |
| 82,276 | pg 77 |
| ---------- | |
| 577,536 | Total legal exp vouched |
| 573,020 | Total legal exp per TB |
| ---------- | |
| 4,516 | imm diff |

**Statement**

Invoice #:    SQP9
Date:         July 24, 2009

Spring Mountain Partners QP I, LP
65 East 55th Street, 33rd Floor
New York, NY 10022

**MAKE CHECKS PAYABLE TO: SPRING MOUNTAIN CAPITAL, LP**

| Date | Description | | Amount Due |
|---|---|---|---|
| 6/26/2009 | National Corporate Research Statutory representation fee invoice S164394 | $ | 142.00 |
| 7/6/2009 | Equivalent Data Madoff related invoice NYC11960-13237 | | 3,726.18 |
| 7/16/2009 | Hoffman & Pollok Madoff related legal fees invoice n/a | | 11,928.40 |
| | | | |
| | | $ | 15,796.57 |

**Payment can be made by wire transfer to:**

Mellon Bank
Pittsburgh, PA
ABA# 043000261
Credit To: Merrill Lynch
Account Number: 101-1730
Further Credit To: Spring Mountain Capital, LP
Account Number: 778-07G30

# HOFFMAN & POLLOK LLP

ATTORNEYS AT LAW
260 MADISON AVENUE
NEW YORK, N.Y. 10016

(212) 679-2900
FAX NO. (212) 679-1844

**PAID**
DATE ____9/25/09____
CHECK # BP $2,665.00

September 08, 2009

Tara Constance Sharp
Spring Mountain Capital, LP
65 East 55th Street
New York, NY 10022

FOR PROFESSIONAL SERVICES RENDERED

## Re: Litigation Evaluation for Spring Mountain Funds against Advisor

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/11/2009 | LR | Review research re potential causes of action against investment advisor. Draft outline of memo re same. E-mail to WAR re outline. | 2.00 300.00/hr | 600.00 |
| 8/12/2009 | LR | Exchange e-mail w/WAR re memo outline. | 0.10 300.00/hr | 30.00 |
| 8/13/2009 | WAR | Review LR memo re: outline to second memo on advisability of suing SMC | 0.20 425.00/hr | 85.00 |
| 8/24/2009 | LR | Review documents, cases re investment advisor liability. | 2.00 300.00/hr | 600.00 |
| 8/27/2009 | LR | Research re Delaware standard for fiduciary duty. Review cases on investment advisor liability. | 2.00 300.00/hr | 600.00 |
| 8/28/2009 | LR | Review cases re potential liability of investment advisor. Draft supplemental memo re same. | 2.50 300.00/hr | 750.00 |

|  | | | Hrs | Amount |
|---|---|---|---|---|
| **For professional services rendered** | | | **8.80** | **$2,665.00** |
| **Previous balance** | | | | **$4,222.50** |

| 8/25/2009 | Payment - thank you | | | ($4,222.50) |

HOFFMAN & POLLOK LLP

Tara Constance Sharp

|  | Amount |
|---|---|
| Total payments and adjustments | ($4,222.50) |
| Balance due | $2,665.00 |